JACKSON LEWIS P.C.
    666 Third Ave.
    New York, New York 10017
    (212) 545-4000
Attorneys of Record:
Kevin G. Lauri (KL 8714)
Dana G. Weisbrod (DW 0527)
Daniel D. Schudroff (DS 0525)

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD CAUNITZ,

                Plaintiff,

-against-

IBM CORPORATION

                Defendant.

Case No.: 15-cv-9281 (VB)

**DECLARATION OF KEVIN G. LAURI, ESQ. IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

---

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK )

The following declaration is made pursuant to 28 U.S.C. § 1746:

1.    I am a Principal of the law firm of Jackson Lewis P.C., attorneys for Defendant International Business Machines Corporation ("Defendant") in the above-referenced matter, and I submit this Declaration based on my personal knowledge in support of Defendant's Motion to Dismiss Plaintiff's Complaint.

2.    A true and correct copy of Plaintiff's Complaint is attached as Exhibit "A."

3. A true and correct copy of the "About Your Benefits-Post Employment" ("AYB") booklet is attached as Exhibit "B."

4. True and correct copies of unreported decisions cited in Defendant's accompanying Memorandum of Law are attached as Exhibit "C."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2016

_____
KEVIN G. LAURI