# EXHIBIT B

# PART 1 OF 5



# About Your Benefits: Post-Employment

## SUMMARY PLAN DESCRIPTION

112

Effective Date: January 1, 2015

# This Summary Plan Description

This is intended to provide summary plan descriptions of the following benefit plans and programs in which you may be eligible to participate:

IBM Personal Benefits Program

- IBM Benefits Plan for Retired Employees, referred to herein as the "Plan" and which includes the following components:

    - IBM PPO Options

    - IBM Exclusive Provider Organization (EPO)

    - Aetna Medicare Plan (PPO)

    - Aetna Medicare Plan (HMO)

- IBM Managed Pharmacy Program
- IBM Integrated Health Services Program (consisting of Condition Management and Care Coordination)
- IBM Mental Health Care Program (consisting of the IBM Managed Mental Health Care Program and the Employee Assistance Program)
- IBM Dental Plan Options
- IBM Vision Plan and EyeMed Discount Card
- Health Reimbursement Arrangement (HRA)
- IBM Supplemental Prescription Drug Benefit
- IBM Supplemental Medical Benefit
- Special Care for Children Assistance Plan (SCCAP)
- IBM Adoption Assistance Program
- Life Planning Account
- IBM Long-Term Care Insurance Program
- IBM Group Life Insurance

The official plan documents are the final authority and shall govern in all cases. The Plan Administrator retains exclusive authority and discretion to interpret the terms of the benefit plans described herein. IBM reserves the right, at its discretion, to amend, change or terminate any of its benefits plans, programs, practices or policies, as the Company requires. The Company does not have any obligation to, and nothing contained in this book shall be construed as creating an express or implied obligation on the part of IBM to maintain such benefits plans, programs, practices or policies. Eligibility to participate in a plan or program or receipt of benefits does not render any person an employee or retiree of IBM or constitute any commitment by IBM to continue any plan or benefit. IBM and its affiliated companies do not endorse any HMO or other provider, or represent or warrant the quality of the care they provide. The decision to choose any health plan option or use any provider is your responsibility.

Because of the need for confidentiality, decisions regarding changes to IBM's benefits plans, programs, practices or policies are generally not discussed or evaluated below the highest levels of management. Managers and their representatives below such levels do not know whether IBM will or will not change or adopt, for example, any particular benefit. Nor are they in a position to advise any employee or retiree on, or speculate about, future plans. Employees and retirees should make no assumptions about future changes or the impact changes may have on their personal situation until any such change is formally announced by IBM.

Edition Notice: January 1, 2014
With respect to all Plan options described herein, this book supersedes all Summary Plan Descriptions found in prior versions of About Your Benefits: Post-Enrollment (formerly known as About Your Retirement, IBM Benefits Programs and Services (prior plan)), as well as their supplements. It provides cumulative, updated information as of January 1, 2015.

THIS SUMMARY PLAN DESCRIPTION

# Introduction

**IBM BENEFITS PROGRAMS**

Your IBM post-employment benefit plans and programs offer a broad foundation upon which you can build to provide for your needs and the well-being of your family. IBM continually reviews these programs and compares them with those of other organizations to maintain their competitiveness and ensure they reflect your needs.

We encourage you to become familiar with the coverage provided by IBM and the benefits options available to you. Then you can determine whether to supplement your coverage through IBM with additional individual coverage.

You can also help IBM in the way you use and support the Company's health care benefits programs. By doing your part as a health care consumer to contain health care costs, you not only reduce your expenses but also help make it possible for IBM to continue to offer these valuable benefit plans. For example, while you should always seek professional medical help when it is needed, you can ask questions about the treatment programs your doctor prescribes and utilize a Voluntary Nurse Helpline (if available) for information. You can also utilize network providers and facilities and look into alternative approaches to hospitalization or surgery that may be covered by the plans. And, of course, nothing is better than the overall advantages of maintaining a healthy lifestyle.

All treatments, services or supplies must be medically necessary and appropriate for the condition being treated, as determined by or on behalf of the Plan Administrator. Except where applicable state law or regulation requires a different definition, "Medically Necessary" or Medical Necessity" shall mean those health care services rendered in accordance with generally accepted standards of practice in the medical or dental professions, and is further described in "What's Covered under the Medical Plan Options" section.

**IBM MEDICARE-ELIGIBLE RETIREES HEALTH CARE COVERAGE**

Ef                            , Medicare-eligible retirees* and their Medicare-eligible dependents** are no longer eligible to elect individual medical, prescription drug, dental and vision coverage under the Plan. Such individuals who were eligible for subsidized coverage under the Plan prior to January 1, 2014 will be eligible for a Health Reimbursement Arrangement (HRA) if they enroll in medical or prescription drug coverage through the Towers Watson's OneExchange Medicare marketplace.

IBM's medical, prescription drug, dental and vision group coverage offered to Medicare-eligible retirees and their Medicare-eligible dependents ended December 31, 2013. Non-Medicare-eligible dependents of Medicare-eligible retirees continue to be able to enroll in coverage through the plan options described in this document. If there is more than one Non-Medicare-eligible dependent, they must all be enrolled in the same option under one dependent (spouse or oldest child). (Exception: If you were enrolled in the Aetna Medicare Plan (PPO) or Aetna Medicare Plan (HMO) as of August 1, 2013, you have an opportunity to remain covered under these plan options through December 31, 2015, or transition to the OneExchange Medicare marketplace. See "IBM Medical Options for Medicare-Eligible Retirees" on page 76 for more information.)

Important Note: Medicare-eligible retirees* and their Medicare-eligible dependents** who are affected by this change are referred to throughout this SPD as "Medicare-eligible retirees" and "Medicare-eligible dependents".

2

THIS SUMMARY PLAN DESCRIPTION

*   The term "retiree" also includes Medicare-eligible individuals who are: surviving spouses; receiving IBM Medical Disability Income Plan (MDIP) benefits or IBM Long-Term Disability (LTD) Plan benefits; eligible for benefits under the Future Health Account (FHA), the Special Retiree Medical Option (SRMO) and Access-Only.
**  The term "dependent" includes Medicare-eligible individuals to the extent they are eligible dependents under the Plan as defined starting See "IBM Medical Options for Medicare-Eligible Retirees" on page 76 of this document.

## IF YOU HAVE QUESTIONS

If you have any questions about your IBM benefit plans, or the information provided here, contact the IBM Employee Services Center (ESC) at 800-796-9876 (TTY: 800-426-6537). Outside the U.S. dial your country's toll-free AT&T Direct® access number, then enter 800-796-9876. In the U.S., call 800-331-1140 to obtain AT&T Direct access numbers. Access numbers are also available online at www.att.com/traveler or from your local operator.

ESC representatives are available weekdays (excluding holidays recognized by the New York Stock Exchange) from 8:30 a.m. to 8:30 p.m. Eastern Time. The text telephone (TTY) is available from 8:30 a.m. to 6 p.m.

If you have any questions regarding coverage through OneExchange, you can contact them at 855-359-7380 (TTY: 711), from 8 a.m. to 9 p.m. Eastern Time, Monday through Friday.

THIS SUMMARY PLAN DESCRIPTION

## Contents

| | |
|---|---|
| 5 | CONTACTS |
| 9 | ABOUT THE PERSONAL BENEFITS PROGRAM |
| 26 | ADMINISTRATIVE INFORMATION |
| 56 | IBM MEDICAL COVERAGE |
| 105 | IBM MENTAL HEALTH CARE PROGRAM |
| 122 | IBM MANAGED PHARMACY PROGRAM |
| 136 | IBM DENTAL COVERAGE |
| 167 | IBM VISION COVERAGE |
| 170 | IBM BENEFITS PLAN FOR RETIRED EMPLOYEES: MEDICARE-ELIGIBLE PARTICIPANTS |
| 187 | IBM HRA, SUPPLEMENTAL PRESCRIPTION DRUG AND SUPPLEMENTAL MEDICAL |
| 188 | IBM SPECIAL CARE FOR CHILDREN ASSISTANCE PLAN |
| 195 | IBM ADOPTION ASSISTANCE PROGRAM |
| 198 | IBM LIFE PLANNING ACCOUNT |
| 203 | IBM GROUP LIFE INSURANCE |
| 208 | LEGAL INFORMATION |

THIS SUMMARY PLAN DESCRIPTION

# Contacts

| Plan | Contact | Phone Numbers | Web Site |
|---|---|---|---|
| **Non-Medicare-Eligible Options – Medical** | | | |
| IBM Low Deductible PPO<br>IBM Medium Deductible PPO<br>IBM High Deductible PPO<br>IBM Exclusive Provider Organization<br>IBM High Deductible PPO with HSA | Aetna Inc. | 888-725-1841<br>International: 860-273-0123<br>TTY: 800-628-3323 | www.aetna.com<br>Select Aetna Open Access Plans and Aetna Choice POS II |
| | Anthem Blue Cross and Blue Shield | 800-238-6597<br>International: 845-695-4505<br>TTY: 800-241-6895 | www.anthem.com |
| Health Plan Administrators depend on where you live. See "Health Plans by Regional Location" for details. | MVP-Select Care, Inc. | 800-765-3773<br>International: 518-370-4793 (call collect)<br>TTY: 800-662-1220 | www.mvpselectcare.com |
| IBM Exclusive Provider Organization | UnitedHealthcare | 877-222-4261<br>International: 877-265-9200<br>TTY: 877-218-7138 | www.myuhc.com |
| | HealthPartners | 800-883-2177<br>International: 952-883-5000<br>TTY: 952-883-5127 | www.healthpartners.com |
| **Non-Medicare-Eligible Out-of-Area Options – Medical** | | | |
| IBM Low Deductible PPO<br>IBM Medium Deductible PPO<br>IBM High Deductible PPO<br>IBM High Deductible PPO with HSA | UnitedHealthcare | 877-222-4261<br>International: 877-265-9200<br>TTY: 877-218-7138 | www.myuhc.com |
| **Non-Medicare-Eligible HMOs – Medical** | | | |
| Health Maintenance Organizations (HMOs) | See the Health Plan Detail Sheets for phone numbers and web site addresses | | |
| **PRESCRIPTION DRUGS** | | | |
| IBM Managed Pharmacy Program | CVS Caremark | 855-465-0030<br>International: 855-465-0030<br>TTY: 800-863-5488 | www.Caremark.com |
| **Non-Medicare-Eligible – Mental Health Care** | | | |
| IBM Managed Mental Health Care Program | Optum by United Behavioral Health | 800-445-9720<br>International: 267-216-3277<br>TTY: Dial 711 and enter 800-445-9720 | www.liveandworkwell.com<br>Access Code = IBM |
| Employee Assistance Program | Optum by United Behavioral Health | 800-445-9720<br>International: 267-216-3277<br>TTY: Dial 711 and enter 800-445-9720 | www.liveandworkwell.com<br>Access Code = IBM |
| **Non-Medicare-Eligible – Integrated Health Services Programs** | | | |
| Disease Management Program | Contact the health plan directly | | |
| Integrated Health Services Program | Contact the health plan directly | | |

5

| Plan | Contact | Phone Numbers | Web Site |
|---|---|---|---|
| **DENTAL** | | | |
| IBM Dental Plus<br>IBM Dental Basic<br>IBM Dental Option A<br>IBM Dental Option B<br>IBM MetLife Preferred Dentist Program (PDP) | MetLife | 800-872-0953<br>International: AT&T Access Code + 800-962-1401<br>TTY: 800-843-2896 | www.metlife.com/mybenefits |
| Dental Maintenance Alternative (DMA) | Cigna DMA | 800-367-1037<br>TTY: 800-962-5169 | www.cigna.com/consumer/services/dental |
| **VISION** | | | |
| Vision Plan | Anthem Blue View Vision | 855-765-4552<br>TTY: 866-308-5375 | www.anthem.com |
| EyeMed Discount Card | EyeMed Vision Care | 855-245-0621 | |
| **Medicare-Eligible – Health Reimbursement Arrangement, IBM Supplemental Prescription Drug Benefit and IBM Supplemental Medical Benefit** | | | |
| Health Reimbursement Arrangement<br><br>IBM Supplemental Prescription Drug Benefit | OneExchange | 855-359-7380 (TTY: 711), from 8 a.m. to 9 p.m. Eastern Time, Monday through Friday. If you live outside of the U.S.: 801-994-9149 (TTY: 711) or dial your country's toll-free AT&T Direct access number, followed by the OneExchange phone number. | www.medicare.oneexchange.com/ibm |
| IBM Supplemental Medical Benefit | UnitedHealthcare | 877-222-4261<br>International: 877-265-9200<br>TTY: 877-218-7138 | www.myuhc.com |
| **Medicare-Eligible - Medical** | | | |
| Aetna Medicare Plan (PPO)* <br><br>Aetna Medicare Plan (HMO)* | Aetna Inc. | 877-603-2057<br>International: 614–933-6000<br>TTY: 800-325-4591 | ibm.aetnamedicare.com |
| **IBM ADOPTION ASSISTANCE PLAN, SPECIAL HEALTH ASSISTANCE PROVISION, LIFE PLANNING ACCOUNT** | | | |
| IBM Adoption Assistance Plan<br><br>Special Health Assistance Provision (SHAP)<br><br>Life Planning Account | Acclaris | 888-880-2775<br>Fax: 813-830-7900 | www.acclarisonline.com |
| **IBM LONG-TERM CARE PROGRAM (closed to new enrollees)** | | | |
| IBM Long-Term Care Program | John Hancock Life Insurance Company (USA) | 800-255-8991<br>International: 617-572-6500<br>TTY: 800-255-1808 | |
| **TRANSITIONAL MEDICAL** | | | |
| Transitional Medical Program (TMP) | IBM Employee Services Center | 800-796-9876<br>International: Dial AT&T Direct Service Access number, then 800-796-9876<br>TTY: 800-426-6537 | Not available |

\* The Aetna Medicare Plan (PPO) and Aetna Medicare Plan (HMO) are closed to new participants as of January 1, 2014 and will end for all participants after December 31, 2015. For more information, see "IBM Medical Options for Medicare-Eligible Retirees" on page 78. These options are not available to individuals receiving monthly benefits under the IBM Medical Disability Income Plan (MDIP) or the IBM Long-Term Disability (LTD) Plan.

## VOICE RESPONSE UNITS AND CUSTOMER SERVICE REPRESENTATIVES

The Voice Response Units (VRUs) and toll-free numbers for customer service representatives are provided as a convenience. While there is every intention to answer your questions accurately, responses are necessarily given in summary form and may not fully anticipate or describe all nuances surrounding each question. Errors due to miscommunication by either party or other causes are also possible. In any event, neither the VRUs nor the customer service representatives are authorized to give you binding advice or to change the terms of the plans.

All details furnished by the VRUs or customer service representatives, including eligibility for benefits, must necessarily be governed by the availability of correct personnel data and the provisions contained in *About Your Benefits* and other plan documents, as they might be amended and in effect on the date for which benefit coverage is sought. Plan documents, insurance policies, IBM's corrected records, other controlling documents or the applicable la    ll control in the event of any conflict between the terms of the Plans and the information provided by the VRUs or customer service representatives.

Before calling a customer service center or making a decision based on information you receive from the VRUs or customer service representatives, you should review *About Your Benefits*, your employment records and other plan documents which are available upon request. You may request written information from the Office of the Plan Administrator, IBM Employee Services Center, PO Box 770003, Cincinnati, OH 45277-1060.

## IBM EMPLOYEE SERVICES CENTER AT 800-796-9876

To help you with enrollment, general benefits information and questions, the IBM Employee Services Center (ESC) is available to you virtually 24 hours a day, 7 days a week by phone or online through NetBenefits℠ at netbenefits.com/ibm. The ESC is administered by Fidelity Investments, the service provider for administration of IBM's benefit plans. You may call the voice response unit (VRU) for automated information at any time. Service representatives are available business days (excluding holidays recognized by the New York Stock Exchange) between 8:30 a.m. and 8:30 p.m., Eastern Time.

### Hearing Impaired Access

Dial 800-426-6537, available on business days (excluding holidays recognized by the New York Stock Exchange) between 8:30 a.m. and 8:30 p.m., Eastern Time.

### Overseas Access

Dial your country's toll-free AT&T Direct® access number, then enter 800-796-9876. In the U.S., call 800-331-1140 to obtain AT&T Direct access numbers. From anywhere in the world, access numbers are available online at www.att.com/traveler or from your local operator. If the AT&T Direct Service Access is not available, dial collect at 919-784-8646.

## NETBENEFITS AT NETBENEFITS.COM/IBM

Fidelity NetBenefits® is your source for benefit transactions and information virtually 24 hours a day, 7 days a week. Each time you log in to NetBenefits you need to enter your Social Security number and Personal Identification Number (PIN). If you prefer not to use your Social Security number, you can establish a Customer ID by clicking the "Create or Change your Customer ID" link on the NetBenefits login screen or by calling the ESC.

### Establishing a PIN

When you access NetBenefits or call the ESC, you will need a Personal Identification Number (PIN). Your PIN provides another level of security to ensure that only you can access your benefits information. For your protection, keep your PIN confidential.

THIS SUMMARY PLAN DESCRIPTION

You can establish your PIN directly on NetBenefits at netbenefits.com/ibm or by calling the ESC at 800-796-5876. Your PIN cannot be your date of birth or your Social Security number. It also cannot contain multiple repetitive digits or be in ascending or descending order.

## LOWERS WATSON'S ONEEXCHANGE MEDICARE MARKETPLACE FOR MEDICARE-ELIGIBLE RETIREES

The process of engaging with OneExchange benefit advisors, and the individual insurance coverage available through the OneExchange Medicare marketplace, are not part of the Plan.

For information about the OneExchange Medicare marketplace, benefit advisors are available to Medicare-eligible retirees and their Medicare-eligible dependents. To contact OneExchange, call 855-359-7380 (TTY: 711) toll-free, from 8 a.m. to 9 p.m. Eastern Time, Monday through Friday. If you live outside of the United States, you can call 801-994-9149 (TTY: 711) or dial your country's toll-free AT&T Direct access number, followed by the OneExchange phone number.

### Visit OneExchange Online

Medicare-eligible retirees and their Medicare-eligible dependents can visit www.medicare.oneexchange.com/ibm for more information about OneExchange, as well as to set up their online profile. To access or create your profile, go to www.medicare.oneexchange.com/ibm and select *My Account*. If you're a first time visitor, fill out the required information to create your account. If you're a returning visitor, enter your username and password.

# About the Personal Benefits Program

10     YOUR PERSONAL BENEFITS PROGRAM CHOICES

11     ELIGIBILITY

20     ENROLLING IN YOUR BENEFITS

23     IBM'S CONTRIBUTIONS FOR COVERAGE

# About the Personal Benefits Program

## YOUR PERSONAL BENEFITS PROGRAM CHOICES

The Personal Benefits Program allows you to personali          lth care coverage to best fit your unique situation. You are eligible for the Personal Benefits Program if you are a non-Medicare-eligible retiree or non-Medicare-eligible employee receiving benefits from the IBM Medical Disability Income Plan (MDIP) or the IBM Long-Term Disability (LTD) Plan.

Effective January 1, 2014, Medicare-eligible retirees and their Medicare-eligible dependents, as well as Medicare-eligible individuals receiving benefits from the IBM Medical Disability Income Plan (MDIP) or the IBM Long-Term Disability (LTD) Plan are no longer eligible to elect medical, prescription drug, dental and vision coverage under the Plan. Such individuals who were eligible for subsidized coverage under the Plan prior to January 1, 2014 will be eligible for a Health Reimbursement Arrangement (HRA) if they enroll in medical or prescription drug coverage through the OneExchange Medicare marketplace.

Medicare-eligible retirees and their Medicare-eligible dependents enrolled in the Retiree Health Access Aetna Medicare Plan (PPO) or Aetna Medicare Plan (HMO) as of August 1, 2013, have the option to re-main covered under these plan options through December 31, 2015, or transition to the OneExchange Medicare marketplace. See "IBM Medical Options for Medicare-Eligible Retirees" on page 76 for more information.

| Option | Description |
| --- | --- |
| **Medical Coverage** | |
| **Medical Options if You Are Not Eligible for Medicare — All options (except No Coverage) include Mental Health/Substance Abuse and Prescription Drug Coverage** | |
| IBM Low Deductible PPO | Coverage for eligible medical, surgical and hospitalization expenses with the freedom to use in- and out-of-network providers — you pay higher contributions in exchange for a low deductible |
| IBM Medium Deductible PPO | Coverage for eligible medical, surgical and hospitalization expenses with the freedom to use in- and out-of-network providers — you pay moderate contributions in exchange for a mid-range deductible |
| IBM High Deductible PPO | Coverage for eligible medical, surgical and hospitalization expenses with the freedom to use in- and out-of-network providers — you pay a small contribution for self-only coverage (dependent contributions are required) in exchange for a high deductible |
| IBM Exclusive Provider Organization (EPO) | Coverage for eligible medical, surgical and hospitalization expenses from in-network providers only; out-of-network services will generally not be covered |
| IBM High Deductible PPO with HSA | Coverage for eligible medical, surgical and hospitalization expenses with the freedom to use in- and out-of-network providers after you meet a high annual/family deductible; also allows you to contribute to a Health Savings Account (HSA) |
| Health Maintenance Organization (HMO)<br>*Depending on geographic location* | A managed care option that provides insured coverage for eligible medical, surgical and hospitalization expenses from in-network providers only; out-of-network services will generally not be covered |
| No Coverage | Waive coverage for the plan year* |
| **Medical Options if You Are Medicare Eligible and Were Enrolled in the Aetna Medicare Plan (PPO) or Aetna Medicare Plan (HMO) as of August 1, 2013** | |
| Aetna Medicare Plan (PPO)** | A Medicare Advantage fully-insured Preferred Provider Option plan. When you enroll in this option, you must be enrolled in Medicare Parts A and B and assign your Medicare coverage to Aetna. |
| Aetna Medicare Plan (HMO)** | A Medicare Advantage fully-insured Health Maintenance Organization. When you enroll in this option, you must be enrolled in both Medicare Parts A and B and assign your Medicare coverage to Aetna. |

ABOUT THE PERSONAL BENEFITS PROGRAM

| Option | Description |
|---|---|
| No Coverage | Waive coverage for the plan year* |
| **Dental Coverage** | |
| **Dental Options if You Retired (or Became Eligible for LTD Benefits) Before January 1, 2000 and are Not a Medicare-Eligible Retiree or Dependent** | |
| Dental Option A | Comprehensive coverage for preventive/diagnostic treatment, basic and major restorative care, and orthodontia services |
| Dental Option B | Basic coverage for preventive/diagnostic treatment and basic restorative care only |
| MetLife Preferred Dentist Program (PDP) | Comprehensive coverage for preventive/diagnostic treatment, basic and major restorative care and orthodontia services at a percentage of the dentist's negotiated fee when you use a participating dentist, and a fixed amount on limited services for non-participating dentists |
| Dental Maintenance Alternative (DMA) *Depending on geographic location* | A managed care option that provides in-network coverage only for preventive/diagnostic treatment, basic and major restorative care and orthodontia services |
| No Coverage | Waive coverage for the plan year* |
| **Dental Options if You Retired (or Became Eligible for LTD Benefits) On or After January 1, 2000 and are Not a Medicare-Eligible Retiree or Dependent** | |
| IBM Dental Plus | Comprehensive coverage for preventive and diagnostic treatment, basic and major restorative care and orthodontia up to an annual maximum benefit of $2,000 per covered individual |
| IBM Dental Basic | Basic coverage for preventive and diagnostic treatment and basic restorative care only, up to an annual maximum benefit of $500 per covered individual |
| Dental Maintenance Alternative (DMA) *Depending on geographic location* | A managed care option that provides in-network coverage only for preventive/ diagnostic treatment, basic and major restorative care and orthodontia services |
| No Coverage | Waive coverage for the plan year* |
| **Vision Coverage if You are Not a Medicare-Eligible Retiree** | |
| IBM - Vision Plan | Coverage for routine eye exams and eyewear both in and out of the Anthem Blue View Vision network. |
| EyeMed Discount Card | A discount program, provided at no cost to you, for eye exams, eyewear and other vision care services from EyeMed Vision Care network providers |
| No Coverage | Waive coverage for the plan year* |

\* Non-Medicare-eligible participants in the Special Retiree Medical Option and in Access Only who do not enroll in an IBM retiree medical, dental and/or vision plan option permanently waive their eligibility to enroll in the Plan again in the future.

\*\* The Aetna Medicare Plan (PPO) and Aetna Medicare Plan (HMO) are closed to new participants as of January 1, 2014 and will end for all participants after December 31, 2015. For more information, see "IBM Medical Options for Medicare-Eligible Retirees" on page 76. These options are not available to individuals receiving monthly benefits under the IBM Medical Disability Income Plan (MDIP) or the Long-Term Disability (LTD) Plan.

## ELIGIBILITY

The following individuals (and their eligible dependents) are eligible for coverage under the Plan. For eligible non-Medicare-eligible participants, the Plan includes medical, dental and vision coverage; for eligible Medicare-eligible participants, the Plan includes the HRA, IBM Supplemental Prescription Drug Benefit and IBM Supplemental Medical Benefit (eligibility for the HRA, IBM Supplemental Prescription Drug Benefit and IBM Supplemental Medical Benefit is described in subsequent sections of this document):

- Eligible retired employees and certain other eligible former employees
- Employees who retired under the provisions of the prior IBM Retirement Plan prior to July 1, 1999

11

- Employees who, as of June 30, 1999, were within five years of meeting one of the following retirement criteria, and who did meet at least one of these retirement criteria upon termination:

  - 30 years of service with IBM at any age
  - 15 years of service with IBM and age 55
  - 5 years of service with IBM and age 62
  - 1 year of service with IBM and age 65

> Throughout the IBM Medical and Dental Benefits Plan for Retired Employees section of this book, references to "retiree" refer to a retiree, former employee, employee receiving benefits under the IBM Long-Term Disability (LTD) Plan or Medical Disability Income Plan (MDIP), or other individual (e.g., surviving spouse of an eligible retiree) who is eligible to enroll in post-employment medical benefits through IBM under the eligibility criteria outlined here.

- Eligible former employees who meet the requirements described in the AYB: Future Health Account (FHA) Summary Plan Description for eligibility to withdraw from their FHA accounts.

- Eligible individuals receiving monthly benefits under the IBM Medical Disability Income Plan (MDIP) or the IBM Long-Term Disability (LTD) Plan.

- Retirees eligible for SRMO. Certain employees who were hired August 1, 1990, or later, and were retirement eligible or within five years of earliest retirement eligibility as of June 30, 1999, and who retire under the terms of the prior IBM Retirement Plan with less than 15 years of service may be eligible for post-employment participation in IBM's health plans in accordance with the "Special Retiree Medical Option" (SRMO). Post-employment participation in SRMO allows them to be covered under IBM's group health plans for non-Medicare-eligible retirees by paying the full cost.

- Employees who were on a retirement bridge leave as of March 1, 1996 and are eligible for the SRMO continue to be eligible for SRMO.

- IBM may offer SRMO eligibility where it otherwise would not apply when the Company considers this necessary to support business needs. SRMO is administered by the ESC. Information concerning coverage and eligibility may be obtained by contacting the ESC.

- Retirees eligible for Access Only coverage. Eligible former employees who do not meet Future Health Account (FHA) withdrawal eligibility requirements but who do meet the age and service requirements for post-employment "Access Only" to IBM group health plans are eligible under this Plan. Access Only coverage allows them to be covered under IBM's group health plans for non-Medicare-eligible retirees by paying the full cost.

To be eligible for Access Only, you must have a minimum age of 55 and have at least 5 years of IBM service and your age plus service must equal 65 or greater at the time you retire. Examples of age and service combinations that satisfy these criteria are:

| Age/Service | Age/Service |
|-------------|-------------|
| 55/10 | 58/7 |
| 56/9 | 59/6 |
| 57/8 | 60/5 |

IBM may also offer Access Only eligibility where it otherwise would not apply when the Company considers this necessary to support business needs.

12

**Retirees Who Deplete their FHA Account Balance**

Access Only coverage is also available when an eligible former employee meets the criteria for withdrawing their FHA (as described in *About Your Benefits: Future Health Account*) upon separation and subsequently depletes the account. If this occurs, the employee (or eligible surviving dependents) can continue to be covered under the Plan by paying the full cost as long as they remain enrolled in the Plan.

**Opting out of IBM Benefits Coverage and Eligibility to Re-Enroll**

*Eligible For IBM Subsidized Coverage (but not FHA):*

If you are eligible for IBM subsidized coverage (but not FHA), you can opt out of the Plan during the annual benefits enrollment window or as the result of a qualified status change and re-enroll at a later date, either during the annual benefits enrollment window or as a result of a qualified status change. Enrollment in medical, prescription drug, dental and vision coverage under the Plan will end once you reach age 65 or become eligible for Medicare; at that time, you will become a Medicare-eligible retiree eligible for an HRA if you elect individual medical or prescription drug insurance coverage under the Towers Watson's OneExchange Medicare marketplace. See "IBM Medical Options for Medicare-Eligible Retirees" on page 76.

*FHA Withdrawal Eligible:*

If you are FHA withdrawal eligible, you can opt out of Plans for the purpose of obtaining coverage outside of IBM as long as there is a FHA balance remaining. The participant can only opt out during the annual benefits enrollment window or as the result of a qualified status change and can re-enroll at a later date only during the annual benefits enrollment window or as a result of a qualified status change. Participants with an FHA balance who opt out and want to re-enroll in the Plan will be allowed to return to the Plan if you have maintained other health coverage in the interim. If you don't maintain coverage elsewhere in the interim, you will not be eligible for coverage under the Plan and your balance will be forfeited. Once FHA funds are depleted the participant becomes Access Only eligible and must remain enrolled in the plan. Opting out after FHA funds have been depleted will disqualify you from eligibility, and you will be unable to re-enroll in the Plan.

*Note that once you reach age 65 or become eligible for Medicare, you will become a Medicare-eligible retiree eligible for an HRA if you elect individual medical or prescription drug insurance coverage under the OneExchange Medicare marketplace. See "IBM Medical Options for Medicare-Eligible Retirees" on page 76.*

*Access Only Eligible:*

If you are Access Only eligible, you must remain continuously enrolled to maintain eligibility in the Plan. Prior to becoming Medicare eligible, you must remain continuously enrolled in plan options under the Plan.

**Retirees Enrolled in the Aetna Medicare Plan (PPO) or Aetna Medicare Plan (HMO) offered through Retiree Health Access**

If you were a Medicare-eligible retiree enrolled in the Aetna Medicare Plan (PPO) or Aetna Medicare Plan (HMO) as of August 1, 2013, you can either:

- Continue with medical and prescription drug coverage under the Aetna Medicare Plan (PPO) or Aetna Medicare Plan (HMO) plan option and dental and/or vision coverage options through the Plan (in which case you will not be eligible for an HRA), or

- Enroll in individual insurance coverage through the OneExchange Medicare marketplace (in which case you will be eligible for an HRA if you were eligible for IBM subsidized coverage prior to 2014).

If you choose to enroll in individual insurance coverage through the OneExchange Medicare marketplace, your Aetna Medicare Plan options, as well as group dental and vision plan options, will no longer be available to you under the Plan. If you choose to continue coverage under your Aetna Medicare Plan option and dental and vision plan options for 2014, you will ha                    lling in individual insurance coverage through OneExchange or continuing your Aetna Medicare plan option and dental and vision plan options for 2015 under the Plan. After December 31, 2015, you will no longer be eligible for the Aetna Medicare Plan option and dental and vision plan options under the Plan.

**Medicare-Eligible U.S. Retirees Living Outside the U.S. and Its Territories**
Ef
           living outside the U.S. and its territories (Puerto Rico, U.S. Virgin Islands, Guam). The purpose of the transitional coverage is to provide those U.S. retirees living abroad with a one year transition period, through December 31, 2014, to make alternate health care coverage arrangements. The transitional coverage option is made available to the affected U.S. retirees who, at the discretion of the Company, are determined to be unable to obtain medical insurance without incurring a waiting period, a pre-existing condition clause, a significant premium cost, or other such similar disadvantage.

**Coverage for Eligible Family Members**
Ef
           , 2005, IBM changed eligibility requirements for retirees who enroll dependents in IBM medical, dental and vision coverage, as follows.

*If You Retired from IBM On or Before December 31, 2004*
You may only enroll those dependents in your IBM medical, dental and/or vision coverage who met eligibility guidelines as of December 31, 2004. Any new dependents -- such as those you gain through marriage/domestic partnership, birth or adoption -- after December 31, 2004, are not eligible to enroll in your IBM medical, dental and/or vision coverage.

If you have a dependent who met eligibility requirements as of December 31, 2004, but who is not currently enrolled in an IBM medical, dental and/or vision option, that individual may enroll for coverage under the Plan as long as he or she continues to meet dependent eligibility guidelines.

*If You Retired from IBM On or After January 1, 2005*
You may enroll only those dependents in your IBM medical, dental and/or vision coverage who meet dependent eligibility guidelines as of your retirement date. You may not enroll dependents you gain after your retirement date -- for example, a new spouse/domestic partner or a dependent child acquired by birth, adoption or marriage.

IBM requires Social Security numbers be provided for all retirees and dependents in order to be enrolled in under the Plans so IBM or its Plan Administrators can perform Coordination of Benefits validations and report data to the Centers for Medicare and Medicaid Services as required.

**Eligible Spouse/Domestic Partner**
- Your spouse (same or opposite gender), if the marriage met the laws of the jurisdiction in which it was entered into.
- Your domestic partner who meets IBM's eligibility criteria as defined later in this section.
- Your common-law spouse may be eligible in certain circumstances. To meet the eligibility criteria to add a common-law spouse to your health coverage, you must:

14

- Reside in a state that recognizes common-law marriage
- Openly represent yourselves as husband and wife to government and tax authorities as well as to your relatives, friends, neighbors, coworkers and acquaintances with whom you associate. It is expected that you file your income taxes as "married"
- Change your status to "married" at IBM and ensure that your IRS form W-4 reflects "married"
- Not be legally married to another person

- Complete, sign and have notarized the Affidavit of Common-Law Marriage. IBM may require submission of this Affidavit to determine eligibility for plan coverage

**Eligible Children**

An eligible child remains eligible as long as he or she continues to meet all other eligibility requirements. In no event will an      ld who is a ward of the state or a foster child be eligible under the Plan.

Your eligible children include:

- Your biological and legally-adopted unmarried children to age 19
- Your biological and legally-adopted unmarried children aged 19 – 23 if they are full time students at a qualified educational organization, receive over 50% of their support from you, the retiree, for maintenance and support and are not employed full time
- Your unmarried stepchildren (including the children of your same-gender spouse or your eligible domestic partner) under age 23 who:

  - If age 19 - 23, are full time students at a qualified educational organization
  - Are not employed full time
  - Receive over 50% of their support from you, the retiree, for maintenance and support
  - When not in attendance at school, are "permanently residing" in your household
  - Permanently residing in your household means that the retiree's household is the permanent, principal residence of the child. In situations where a child is away at school overnight (e.g., boarding school, college), the retiree's household must be maintained as the child's legal and principal residence. More information may be obtained from the ESC

- Other unmarried children under age 23 will be considered eligible if IBM determines that they:

  - If age 19 - 23, are full time students at a qualified educational organization
  - Are not employed full time
  - Receive over 50% of their support from you, the retiree, for maintenance and support
  - Cannot be claimed as a "qualifying child" under Internal Revenue Code Section 152 by any other taxpayer
  - When not in attendance at school, are "permanently residing" in your household in what is considered a "parent/child relationship"
  - Permanently residing in your household means that the retiree's household is the permanent, principal residence of the child. In situations where a child is away at school overnight (e.g., boarding school, college), the retiree's household must be maintained as the child's legal and principal residence. More information may be obtained from the ESC

- A Parent/Child Relationship exists between a retiree and a child when, in the absence of the natural parents, the retiree has both the rights and responsibilities of a parent:

- Court-ordered custody or legal guardianship does not in itself satisfy this requirement
- Nor is it sufficient that the retiree has assumed financial and other responsibility for the child's welfare
- Generally, a parent/child relationship will not be found to exist for the purposes of the Plan while the child has a known natural parent. However, in determining whether a parent/child relationship exists, the Plan Administrator may disregard a natural parent in certain circumstances (e.g., if the child's natural parents are incarcerated, institutionalized, a danger to the child (court order of protection with no visitation is required), or their whereabouts are unknown)
- Are subject to a court order under which you, the employee, have been granted "permanent legal guardianship" of the child's person and property

  - Permanent legal guardianship of the child's person and property must be obtained through a court of law. IBM requires that the court papers specifically state that the guardianship is permanent and is for both person and property. The point that the child does not own any property when the permanent legal guardianship is obtained, does not satisfy this requirement as the child may acquire property sometime in the future. A letter signed by one or both natural parents, even if notarized, will not suffice as evidence of permanent legal guardianship. Guardianship may not be joint guardianship with the child's natural parents.

*Note: "Other unmarried children under age 23" determined to be eligible prior to January 1, 2009 remain eligible as long as they meet the requirements in effect when the child was first determined to be eligible.*

**Full-time Student Status**
Full-time student status requires that a student must satisfy either (1) full-time attendance as of the date enrolled for coverage and enrollment for at least five months, or (2) full-time on-farm training.

*Full-time Attendance as of Date Enrolled for Coverage*
*Full-time attendance requires enrollment as a full-time student at a qualified educational organization.* For purposes of eligibility for IBM health benefits coverage, a child must be a full-time student at the time he or she is enrolled for coverage, or if enrolled for coverage during Annual Enrollment, must be a full-time student as of January 1 of the following plan (calendar) year.

*A qualified educational organization* maintains a regular faculty and curriculum with a regularly-scheduled enrolled body of students in attendance at the place where its educational activities are carried on.

Qualified educational organizations may include elementary schools, junior and senior high schools, colleges, universities, and vocational, technical, trade or mechanical schools.

Qualified educational organizations do not include on-the-job training, correspondence schools, night schools, schools offering course only through the Internet, or non-educational institutions (e.g., general hospitals that provide training programs for medical students, interns and residents).

*Enrollment for At Least Five Months*
A child is eligible for coverage if he or she meets the full-time attendance requirement above (is a full-time student at the time he or she is enrolled for coverage, or if enrolled for coverage during Annual Enrollment, is a full-time student as of January 1 of the following plan (calendar) year), AND is enrolled for some part of five calendar months for the number of hours or courses considered to be full-time attendance by the institution. The five calendar months need not be consecutive.

ABOUT THE PERSONAL BENEFITS PROGRAM

Enrollment begins in the month in which registration occurs, even if classes do not commence until the following month.

*Following are special rules regarding coverage for the entire plan (calendar) year where the child is enrolled for at least five months during the plan (calendar) year:*

- In some situations, the child may be enrolled for five months, but for less than the entire plan (calendar) year, or enrolled in a non-traditional educational setting, and may still be eligible for coverage for the entire plan (calendar) year. The following are guidelines used to determine whether a child enrolled for less than the entire plan (calendar) year can remain eligible for the remainder of the plan (calendar) year after having five calendar months as a full-time student.

- A child is eligible to be enrolled for the entire plan (calendar) year if he or she is a full-time student enrolled for some part of five calendar months, and will remain eligible for the remainder of the calendar year, if the child meets all other eligibility requirements (e.g., is under age 23) and
    - Moves from full-time to part-time status
    - Takes a semester off from school
    - Graduates

For example, if a child is enrolled for coverage during Annual Enrollment for the 2014 plan (calendar) year, and is graduating college in May 2014, and is enrolled as a full-time student on January 1, 2014 and for January through May 2014, he or she is eligible for coverage through the end of 2014 (as long as the child meets all other eligibility requirements).

*Following are special rules regarding coverage where the child is enrolled in a Non-Traditional Educational Setting:*

- School attendance solely at night is not full-time attendance. However, full-time attendance may include some attendance at night in connection with a full-time course of study

- School attendance that includes a cooperative job in private industry may be full-time attendance if the job is part of the regular course of classroom and practical training

If, during the plan (calendar) year, your child ceases to be eligible based on enrollment for less than five months of the plan (calendar) year or in non-traditional educational settings as described above, for example, if your child withdraws from school with no intention to return after taking a semester off, you must notify the ESC and make arrangements for the child to be dropped from coverage.

*Full-time On-Farm Training*

Full-time on-farm training requires enrollment in a full-time course of institutional on-farm training under the supervision of an accredited agent of a qualified educational organization or of a state or political subdivision of a state.

*Special Rule for Unable to Attend School Because of Illness or Accident*

"Michelle's Law" which provides for continuation of a dependent child's coverage for up to 12 months for a medical leave of absence from post-secondary education became effective on October 9, 2008. Under the IBM Plan, a dependent child, age 19-23, who is temporarily unable to attend school full-time as a result of an illness or accident, may be considered for continued coverage during the period in which he/she is unable to attend school (even if greater than the 12 month period in Michelle's Law). You should contact the ESC if you have a dependent child who is unable to continue as a full-time student due to temporary disability.

17

*A dependent child who meets the above eligibility requirements must also meet certain tax requirements to also be eligible for tax-free coverage. Refer to the "IRS Requirements Regarding the Tax-Free Status of Dependent Children" section for further information regarding a dependent's status for tax-free coverage. It is your responsibility to notify the ESC if any eligible child does not meet the IRS requirements as stated in the above referenced section.*

### If You Have a Child with a Disability

Your mentally or physically disabled child who was covered under the Plans immediately before reaching age 19 may be eligible for coverage beyond age 19 if, at the time the child turns age 19, IBM deter-mines on the basis of the child's condition at that time, your child is:

- Mentally or physically disabled and the disability existed prior to the child's 19th birthday
- Incapable of self-support due to the mental or physical disability
- Unmarried
- Receiving over 50% of support from you, the retiree, for maintenance and support (SSI or SSDI in-come may be used in determining whether your child is principally dependent upon you)

- Receiving mental health treatment if the disability is for a mental health condition

If you think your child will meet the above criteria at age 19, you *must* request continuation of IBM health benefits by completing the "Application for Coverage of Disabled Dependent Child" and submitting it to the ESC no later than 60 days after the child's 19th birthday. Applications are available by calling the ESC.

If you have a eligible dependent child, age 19-23, who becomes permanently disabled while a full-time student, the child may be eligible for continued coverage, including coverage after age 23, if IBM determines on the basis of the child's condition, that he/she meets the following conditions:

- Mentally or physically disabled
- Incapable of self-support due to the mental or physical disability
- Unmarried
- Receives over 50% of support from you, the retiree, for maintenance and support (SSI or SSDI income may be used in determining whether your child is principally dependent upon you)

If you think your child meets the above criteria, you must request continuation of IBM health benefits by completing the "Over Age 19 Disabled Child Application" and submitting it to the ESC as soon as possible after the child becomes disabled. Applications are available on NetBenefits or by calling the ESC.

Once your application is approved, coverage will remain in effect for either a specified time or as long as your dependent meets the eligibility criteria as determined by the Plan and as may be modified thereafter. It is the retiree's responsibility to notify the ESC to remove their child if he or she no longer meets the eligibility criteria for continued coverage beyond age 19.

You may opt out or waive coverage for your dependent child one year and re-enroll your child during the next or subsequent annual enrollment period as long as they continue to meet the eligibility criteria. Once any of the four conditions is not met by a child beyond the age of 19, coverage is discontinued and will not be reinstated, even if later the child again meets all or any of the four conditions.

18

ABOUT THE PERSONAL BENEFITS PROGRAM

*Note: If you are a Medicare-eligible retiree, once your dependent child becomes Medicare-eligible (due to reaching age 65 or becoming disabled), they will no longer be eligible for medical, prescription drug, dental and vision coverage under the Plan. If you are not a Medicare-eligible retiree, your Medicare-eligible dependent child can continue to be covered under the Plan (such coverage will be secondary to Medicare coverage).*

**Eligibility for a Same-Gender Domestic Partner/Same-Gender Civil Union Partner**

In                                                                                   l union partner and about covering a domestic partner or civil union partner is available by contacting the ESC or reviewing a copy of the *Spouse and Domestic Partner Information Guide*, available from NetBenefits and w3.

Please note that enrolling a domestic partner has certain tax implications. For details, see "A Note About Taxes and Imputed Income."

**Equal Benefits Ordinances (EBOs) – Eligibility for Same-Gender and Opposite-Gender Domestic Partner**

- The State of California (and other localities in California) and the City of Seattle, Washington implemented regulations known as "Equal Benefits Ordinance" (EBO). These regulations require employers who are engaged in contract work within the State or California (or other locali

lly to those and their same-gender or opposite-gender domestic partner.

Information regarding Equal Benefits Ordinances (EBOs) is available by contacting the ESC or reviewing a copy of the *Spouse and Domestic Partner Information Guide*, available from NetBenefits and w3.

**Your Responsibilities Regarding Eligibility**

As a condition of eligibility for benefits, you must follow and allow the Plan Administrator and health plan administrators to follow the operating procedures established for the functioning of the Plans. This includes, for example, the furnishing of Social Security numbers to health plan administrators and the furnishing of reports on benefit payments and precertifications to Plan participants.

It is your responsibility to ensure the data on your eligibility record is current. This includes notifying IBM of a change in a family member's eligibility status as well as address updates. You must enroll new eligible family members and/or notify IBM of a change in a family member's eligibility status within 30 days of the event.

To update your address or notify IBM of a change in a family member's status, call an ESC representative. Other group or individual coverage information should be updated through the administrator of the plan option in which you are enrolled.

**IBM's Right to Verify Eligibility**

IBM reserves the right to require documentation to support the eligibility of any dependent enrolled in the Plan. The Plan Administrator may require verification that your enrolled dependents meet the eligibility requirements described previously. If the Plan Administrator learns you have not notified the ESC regarding an enrolled dependent who does not meet IBM's eligibility criteria for coverage, or does not meet IRS eligibility requirements for tax-free coverage, that dependent will be removed from coverage and will remain ineligible for future coverage. The Plan Administrator has the right to take additional actions, as explained in "Fraudulent Enrollments," below.

19

The Plan Administrator has the sole discretion to make the final decision with respect to eligibility under the Plan. The decision will take into account any factors determined to be relevant within the intent of the Plan and consistent with the tax-qualified status of the Plan.

**Fraudulent Enrollments**

It is a crime to knowingly, and with intent to injure, defraud, or deceive the company, provide any fraudulent information, including enrolling an individual whom you know is not eligible to participate in the Plans or continuing to maintain coverage for an individual whom you know is not eligible. These actions, as well as the submission of materially false information, may result in rescinding your coverage under the Plans, retroactive to the date of the fraudulent act, and you may be subject to prosecution and punishment under state and/or federal law. The Plans would terminate coverage of a participant or beneficiary for a reason such as fraud.

## ENROLLING IN YOUR BENEFITS BEFORE YOU BECOME A MEDICARE-ELIGIBLE RETIREE

**Coverage Categories**

All eligible former employees, retirees, surviving spouses, same-gender spouses, same-gender domestic and civil union partners and dependents must be enrolled in order to receive IBM medical, dental and vision benefits. You may elect different coverage levels for one type of coverage (medical, dental or vision), but you may only cover eligible family member(s) in a plan option in which you are also enrolled. Each plan option and coverage level available to you will have a monthly contribution amount, which will vary based on the type of coverage and number of family members (called the "coverage category") you designate in your election.

Coverage Categories:

- Self only — retiree only
- Self plus one — the retiree plus an eligible spouse, domestic partner or child
- Self plus two or more — the retiree plus two or more eligible family members (spouse or domestic partner and children)

You elect the coverage option you want to enroll in and the coverage category for each, then add up the individual monthly contribution amounts. Additional coverage categories may apply depending on Medicare eligibility. Please note monthly charges will n                                   l pay the full month's contribution amount for the increased coverage.

IBM requires Social Security numbers be provided for all retirees and dependents in order to be enrolled in the plans so IBM or its Plan Administrators can perform Coordination of Benefits validations and report data to the Centers for Medicare and Medicaid Services as required.

*Coverage for Medicare-Eligible and Non-Medicare-Eligible Dependents*

In general, if you are Medicare-eligible, you (and any Medicare-eligible dependents) are not eligible to enroll in plan options under the Plan, while non-Medicare-eligible dependents will be eligible to enroll in plan options under the Plan. If you are not Medicare-eligible then you and your eligible family members must all be enrolled in the same plan options under the Plan.

**Enrolling In Access Only Coverage**

If you are eligible for "Access Only" coverage before you qualify for Medicare, you will receive more information from the ESC about how to enroll.

*Your Enrollment Choices*

If you meet the Access Only eligibility requirements and are also eligible for Transitional Medical Program (TMP) coverage under the IBM Medical and Dental Benefits Plan for Regular Employees (Active Medical Plan) at separation, you have two enrollment choices upon separation (only if you are non-Medicare-eligible):

    (1) Enroll in Access Only coverage under the Plan immediately.

    (2) Enroll in TMP under the Active Medical Plan first. When TMP coverage ends, you may then elect to begin coverage under the Plan through Access Only. For a description of TMP eligibility under the Active Medical Plan, see "Transitional Medical Program (TMP)" in the Administrative Information section of the About Your Benefits book for the Active Medical Plan. For more information, contact the ESC.

Timely payment of the applicable monthly cost of coverage must be made on an ongoing basis in order to maintain Access Only eligibility and coverage.

*You Must Enroll Within the Specified Timeframe*

If coverage is not elected within the specified enrollment period immediately following separation from IBM, or upon the depletion of your FHA (if applicable), or upon termination of TMP benefits (if elected first), you are considered to have declined coverage and you permanently waive the right to any future election of coverage.

If you enroll in Access Only coverage, your elections will remain in effect until the end of the plan year. You may not change your elections until the next annual enrollment unless you experience a qualified status change (see "Changing Coverage Due to a Qualified Status Change" in the Administrative Information section). However, you may cancel your coverage at any time during the year, effective the first of the month following your request, but you will not be allowed to re-enroll in the future.

*Enrolling in Access Only If You Deplete Your FHA Funds*

If you met the criteria for withdrawing Future Health Account (FHA) funds (as described in *About Your Benefits: Future Health Account*) upon separation, and you, or your eligible surviving dependents, subsequently deplete the account, you may enroll in Access Only coverage and continue to be eligible for plan options under the Plan (until you become Medicare-eligible) by paying the full cost.

You, or your eligible surviving dependents, must contact the ESC to elect Access Only coverage within 60 days from the first day of the month in which the account is depleted.

**Enrolling In SRMO Coverage**

*Your Enrollment Choices*

If you meet the Special Retiree Medical Option (SRMO) eligibility requirements and are also eligible for Transitional Medical Program (TMP) coverage under the Active Medical Plan at separation, you have two enrollment choices upon separation (only if you are a non-Medicare-eligible retiree):

    (1) Enroll in SRMO coverage under the Plan immediately.

(2) Enroll in TMP under the Active Medical Plan first. When TMP coverage under the Active Medical Plan ends, you may then elect to begin coverage under the Plan through SRMO. For a description of TMP eligibility, see "Transitional Medical P        (TMP)" in the Administrative Information section of the About Your Benefits book for the Active Medical Plan. For more information contact the ESC.

Timely payment of the applicable monthly cost of coverage must be made on an ongoing basis in order to maintain SRMO eligibility and coverage.

*You Must Enroll Within 60 Days*

You must enroll in SRMO coverage within 60 days immediately following separation from IBM, or within 60 days following the date your TMP coverage under the Active Medical Plan ceases, if elected first. If you do not elect SRMO coverage within this time period, you are considered to have declined coverage and you waive the right to any future election of SRMO coverage.

If you enroll in SRMO coverage, your elections will remain in effect until the end of the plan year. You may not change your elections until the next annual enrollment unless you experience a qualified status change (see "Changing Coverage Due to a Qualified Status Change" in the Administrative Information section). However, you may cancel your coverage at any time during the year, effective the first of the month following your request, but you will not be allowed to re-enroll in the future.

**If You Are an IBM Couple**

Married couples, or couples in an eligible civil union or domestic partnership, each of whom is eligible for the Plan in his or her own right and is not yet a Medicare-eligible retiree or dependent, will have to choose each plan year whether to enroll separately, each as a participant, or whether one will enroll as a participant and include the other as an eligible family member under the participant's coverage. IBM couples cannot have dual coverage under the Plans – you cannot enroll in your own right and also be covered as a dependent in Plans.

**Annual Enrollment Before You are a Medicare-Eligible Retiree**

Each year during annual enrollment, usually held in the fall, you will have the opportunity to review your benefit elections and make changes to your medical, dental and vision coverage for yourself and your eligible family members.

Your new elections will remain in effect for the upcoming plan year (normally January 1st through December 31st), unless you experience a qualified status change which permits you to make a change during the year. Permissible changes outside of the annual enrollment period, such as adding a new dependent, must be made within 30 days of the event by contacting the ESC. Any changes are generally effective the first of the month following your enrollment call. If you do not make the election within 30 days of the event, you will have to wait until the next annual enrollment period. For more information about qualified status changes, see "Changing Coverage Due to a Qualified Status Change" in the Administrative Information section.

If you do not make an election during annual enrollment, you will automatically be enrolled in the same medical, dental and vision plan options you had in the plan year just ending (provided the same plan options continue to be available).

ABOUT THE PERSONAL BENEFITS PROGRAM

**Annual Enrollment Once You Are Medicare-Eligible (unless you were enrolled in the Aetna Medicare Plan (PPO) or Aetna Medicare Plan (HMO) as of August 1, 2013)**

Once you become Medicare-eligible, you and your eligible Medicare-eligible dependents will no longer be eligible to enroll in plan options under the Plan and if eligible, you will receive an HRA under the Plan if you enroll in individual medical or prescription drug insurance coverage under the Towers Watson's OneExchange Medicare marketplace, see "IBM Medical Options for Medicare-Eligible Retirees" on page 76. (Special rules apply if you were enrolled in the Aetna Medicare Plan (PPO) or Aetna Medicare Plan (HMO) as of August 1, 2013; see "IBM Medical Options for Medicare-Eligible Retirees" on page 76 for more information.)

When you become Medicare-eligible, your eligible dependents who are not eligible for Medicare will be eligible to elect coverage in plan options under the Plan to non-Medicare participants. You can expect to receive an IBM enrollment kit each fall.

If you are Medicare-eligible, once your eligible dependents become Medicare-eligible, they will no longer be eligible to enroll in plan options under the Plan. They must enroll in Medicare Parts A and B in order to have access to individual medical, prescription drug, dental and vision plans and enrollment support through OneExchange. Coverage will not continue under the IBM group plan options so it is imperative that your non-Medicare dependents enroll in Medicare prior to becoming eligible for Medicare.

## IBM'S CONTRIBUTIONS FOR COVERAGE

IBM's contributions cover a portion of the benefits under the Plan. The total amount of IBM's contribution to the Plan is limited, or "capped." Effective January 1, 2014, IBM contributes an amount for each of the following groups as follows:

**Retirees and LTD Participants Not Eligible for Medicare**

IBM's aggregate contribution for this group (including for eligible dependents) is determined as an average amount per retiree in the following chart multiplied by the number of retirees in this cohort that are expected to enroll in the Plan:

| Retirement Date | IBM's Contribution |
|---|---|
| Before Jan. 1, 1992 | $7,500 |
| On or after Jan. 1, 1992 | $7,000 |

IBM's contribution is determined without regard to retirees covered by the Special Retiree Medical Option ("SRMO"), Access Only, the Future Health Account, or retirees and LTD Participants eligible for Medicare.

While IBM's contribution is expressed as an amount multiplied by the number of retirees that are expected to enroll in the Plan, it does not limit the total coverage or the level of reimbursement available to each retiree and eligible dependent. Total eligible expenses will be reimbursed according to Plan provisions.

IBM contributes an additional amount to the Plan for LTD Participants who are not Medicare-eligible (including for eligible dependents).

23

### Retirees and LTD Participants Eligible for Medicare

Ef          , 2014, IBM's aggregate contribution for this group (including for eligible dependents) is the amount credited to Health Reimbursement Arrangements (HRAs) for all participants eligible for an HRA.

IBM contributes an additional amount to the Plan for non-Medicare-eligible dependents, for other benefits available under the Plan for Medicare-eligible participants (including coverage for significant prescription drug expenses), and for administrative expenses of the Plan.

### Retirees Who Have Future Health Accounts

IBM's aggregate contribution for this group (including for eligible dependents) is the amount of withdrawals from the Future Health Accounts.

### Retirees in SRMO and Access Only Options

IBM does not contribute any amount toward the cost of benefits for retirees and their dependents who participate in the SRMO or Access Only options under the Plan. Those who participate in the SRMO or Access Only options pay the full cost of the coverage.

The remainder of the costs of benefits and administrative expenses under the Plan are covered by premiums to be paid by retirees and other Plan participants. The premium for each participant varies depending on the coverage option selected.

The amounts described above do not preclude IBM from instituting further cost sharing based on business conditions.

### A Note About Taxes and Imputed Income

*Tax Implications of Enrolling a Same-Gender Spouse/Domestic Partner/Civil Union Partner*

On June 26, 2013, the U.S. Supreme Court held that Section 3 of the Defense of Marriage Act (DOMA) was unconstitutional. Therefore, for federal tax purposes, same-gender marriages will be treated the same as opposite-gender marriages, and IBM will no longer impute income for federal income tax purposes for your same-gender spouse who is enrolled for coverage under IBM's health benefits. In addition, any contributions that you pay for health coverage for your spouse will be taken on an after-tax basis. This federal tax treatment does not apply to same-gender domestic partnerships or civil union partner-ships.

IBM will apply your state's rules for any state tax obligation. If you have questions about your state's tax rules, you should contact your local state tax department or your personal tax advisor.

Because of IRS regulations, enrollment of a domestic partner/civil union partner is likely to result in tax implications (unless the domestic partner/civil union partner meets the IRS definition of dependent relative). Generally                      l union partner is considered to be "qualified" as a "dependent relative" only if more than half of the partner's support for the year comes from the employee, and the partner resides in and is a member of the household maintained and occupied by the employee for the entire tax year and the domestic partner/civil union partner cannot be claimed as a dependent relative of another taxpayer. (You may wish to consult your personal tax advisor regarding tax consequences.)

24

If you think your domestic partner/civil union partner would qualify as your eligible family member, please contact the ESC for more information or review a copy of the *Spouse and Domestic Partner Information Guide*, available through NetBenefits, which contains information on eligibility, affidavits, tax implications, enrollment, etc. Important Note: This information applies to federal tax implications only—not for state taxes. IBM will apply your state's rules for any state obligation. If you have questions about your state's tax rules, you should contact your local state tax department or your personal tax advisor.

For information about the tax implications of covering expenses for a same-gender spouse, same-gender domestic partner or same-gender civil union partner under the Health Reimbursement Arrangement for Medicare-eligible retirees, refer to the "Health Reimbursement Arrangement" section beginning on page 171.

### IRS Requirements Regarding the Tax-Free Status of Dependent Children

According to federal tax laws, dependent children must meet certain tax requirements to be enrolled in IBM health coverage on a tax-free basis. Dependent children who do not meet these requirements may still be enrolled in IBM health coverage; however, the value of their coverage will be considered imputed income to you and you will be taxed accordingly.

Most dependent children who meet IBM's requirements for coverage also meet the federal income tax law requirements. Dependent children who meet IBM's requirements for coverage but do not meet the federal income tax law requirements for tax-free health coverage include children who do not have a legally recognized relationship to you, such as children of an eligible domestic partner/same-gender spouse whom you have not legally adopted.

It is your responsibility to notify the ESC if for any reason your enrolled dependent children do not meet the requirements for tax-free health coverage.

You should consult Internal Revenue Service rules or your personal tax advisor if you have questions concerning the tax dependent status of your dependent children.

### If You are a Medicare-Eligible Retiree or Dependent

When you become eligible for Medicare, if you are eligible for a contribution under the Plan toward the cost of your Plan coverage before you become eligible for Medicare, you will continue to receive a subsidy under the Plan. However, instead of an annual contribution that offsets the amount of your monthly premium, you will be eligible for a Health Reimbursement Arrangement (HRA), see "IBM Medical Options for Medicare-Eligible Retirees" on page 76.

# IBM Benefits Plan for Retired Employees
## Administrative Information

| | |
|---|---|
| 27 | ID CARDS |
| 27 | QUALITY CARE INITIATIVE |
| 27 | HOW TO FILE A CLAIM |
| 34 | CHANGING COVERAGE DUE TO A QUALIFIED STATUS CHANGE |
| 36 | COORDINATING COVERAGE |
| 40 | PLAN COVERAGE AND MEDICAID |
| 43 | COORDINATING PLAN MEDICAL COVERAGE WITH MEDICARE |
| 49 | IF YOU RECEIVE AN OVERPAYMENT OF BENEFITS |
| 49 | RECOVERY PROVISIONS |
| 50 | WHEN COVERAGE ENDS |
| 51 | TRANSITIONAL MEDICAL PROGRAM (TMP) |
| 55 | SURVIVOR BENEFITS |

# IBM Benefits for Retired Employees: Administrative Information

## ID CARDS

All retirees enrolled in the following plan options will receive one ID card for hospital and medical coverage as well as a separate ID card for prescription drug coverage:

- IBM Low, Medium or High Deductible PPO options
- IBM Exclusive Provider Organization
- IBM PPO with HSA, IBM PPO Plus with HSA
- Aetna Medicare Plan (PPO)
- Aetna Medicare Plan (HMO)

The ID card contains information to ensure you receive the correct negotiated rates from participating providers and facilities. Your ID card must be presented to all providers at the time of appointment or when you receive services, or to a participating pharmacy at the time of prescription drug purchase. Failure to show your ID card may cause you and IBM to lose access to any applicable discount fee arrangements.

If you and your spouse/domestic partner or civil union partner are each eligible for IBM benefits and one of you is enrolled as a dependent of the other, only the Plan participant's ID card should be presented.

You may request additional ID cards for your family members directly from the health plan.

## QUALITY CARE INITIATIVE

IBM and the Plan participate in various programs designed to encourage health care providers to deliver efficient, safe, effective, quality care to IBM employees and retirees and their spouses and dependents. Under these programs, health care providers who are determined to employ recommended practices in their administration of health care generally are rewarded through per capita incentives paid from the

Plan's trust as additional f                                                           le for
payment of the quality care incentives. From time to time, pilot programs may be introduced for all plan participants or for certain participants determined on a random basis. To the extent the pilot program provides for benefits that differ from those available under the Plan, the decision of any participant to participate in the pilot program will be voluntary. (This does not apply to Medicare-eligible participants.)

## HOW TO FILE A CLAIM

### Medical Claims if You are a Non-Medicare-Eligible Retiree

*In-Network Medical Claims*

If you receive care from an in-network provider, you generally do not have to file any claims. Your network provider will file all claims for you. Simply show your medical ID card at the time you receive services. Your network provider bills the health plan directly. Once the claim is processed by the medical plan, payment will be made directly to the network provider. Subsequently, your provider will bill you for your remaining share of the cost (e.g., coinsurance or deductible).

*Claims for Secondary Coverage after Medicare Pays Primary Coverage*

Dependents eligible for Medicare and enrolled in one of the plan options under the Plan must also be enrolled in Original Medicare Part A and Part B. Medicare has responsibility for primary payment of claims to your providers and the Plan coverage is secondary.

Since Medicare pays primary, medical claims must be filed with Medicare first and then the result of the claim processing must be submitted to the administrator of your plan option for secondary processing.

Generally, the medical provider (doctor, hospital, etc.) will file claims (for the covered services and supplies you received) to Medicare for you. If your administrator of your plan option coordinates benefits with Medicare and this process is set up for the Medicare-eligible dependent, Medicare will automatically send the claims information to the administrator of your plan option to credit your annual deductible and out-of-pocket maximum and determine if additional benefits are payable under the Plan. Contact the administrator of your plan option to determine if they coordinate benefits with Medicare and confirm the process is set up for the Medicare-eligible dependent. If this process is not set up you may need to submit the proof of your Medicare claims to the administrator of your plan option.

You will receive a Medicare Summary Notice (MSN) in the mail every 3 months that lists all the services billed to Medicare. Make sure you review this information along with the Explanation of Benefits (EOB) you received from the Plan. Note that if your provider does not accept Medicare, you may need to file claims with Medicare and the Plan yourself.

If you have other primary medical coverage, and the Plan is secondary, your claims must be filed with the primary plan first and then submitted to the Plan for secondary processing. For more information when you have other coverage, see "Coordinating Coverage" later in this section.

---

**EXPLANATION OF BENEFITS (EOB)**

In most cases, you will receive an Explanation of Benefits (EOB) statement from the health plan for both in- and out-of-network payments made. In certain circumstances where there is no member liability, an EOB may not be produced.

If you receive EOB statements from your health plan, it is your responsibility to:

- Verify the EOB statements for medical, surgical and hospital care accurately reflect services rendered, e.g., patient, dates of service, charges and provider. (Due to negotiated or discounted rates with respect to hospital services, it may not be possible to verify dollar or rate amounts reflected on the statement.)
- Retain copies of claims and EOB statements for your records.

---

*Out-of-Network Medical Claims*

At the time you receive services from an out-of-network provider, you are responsible for payment of any copayments, coinsurance and deductible amounts to the provider. You can submit out-of-network bills to the Plan.

A separate claim form is required for each family member. You will receive an Explanation of Benefits (EOB) statement from the health plan administrator detailing the services rendered. You should obtain a copy of the bill from the provider to enable accurate verification of the EOB statement. You must verify the information contained on the EOB statement received from the health plan administrator against the actual charges, dates of service, etc. If any discrepancies are found, you must advise the health plan.

*How to File Out-of-Network Medical Claims*

You may submit bills to the health plan administrator and receive reimbursement before you have paid the bills. However, you are expected to pay the providers the amounts due them. To file a claim:

- Complete and sign the appropriate Plan claim form, available from the ESC or on NetBenefits. Ensure all required information, including your member ID number, is provided on the claim form and accompanying bills. Only you have the authority to sign the form certifying the validity of the claim.

*Note: If you and your spouse/domestic partner or civil union partner for IBM medical coverage each in your own right and one of you is enrolled as a dependent of the other, all claims must be filed by the Plan participant only, using his or her member ID number. The dependent cannot sign the form to certify validity of the claim.*

Providers may file a claim directly with the health plan administrator on your behalf by using the universal claim form (HCFA 1500 or UB-04), or via electronic submission, provided all necessary information is completed. The provider will be reimbursed directly if authorization for assignment is indicated on the form. Generally, if benefits are not assigned, payment from the health plan administrator will be made to you. You are responsible for payment of any copayments, coinsurance and deductible amounts to the provider. You should request a copy of the bill from the provider to ensure accurate verification of the EOB.

- Attach itemized bills and EOB statements from other insurance coverage (if applicable) to the claim form and mail to the health plan administrator at the address on the claim form. Canceled checks or cash register receipts will not be accepted. Ensure the accuracy and validity of all bills submitted for payment and make sure there is a specific treatment or diagnosis written on the bill. See the reverse side of the claim form which lists the information that must be included on the bills to avoid possible suspension or rejection of your claims.
- Advise the health plan administrator of your plan option if charges submitted for reimbursement are eligible for coverage under another employer's plan. Respond promptly to the health plan administrators inquiries concerning the possibility of other coverage.
- If you have a written predetermination of benefits from the health plan administrator of your plan option, attach a copy to your claim form.
- In determining the appropriate reimbursement for surgical claims, the health plan administrator may request a copy of the surgeon's operative report.
- For services rendered outside of the US, include the English translation of diagnosis, fees and treatment for services rendered, if available. If the provider or facility is not able to provide a bill or claim information in English, the health plan administrator of your plan option will perform translation and currency exchange services for you.
- In most instances, the claim will be processed and payment mailed within 30 days of receipt. Therefore, you should allow for mailing time plus the 30 days needed for processing before calling to follow up on the status of a claim. In some circumstances, however, due to the complexity of the claim, additional medical and technical reviews may be necessary resulting in a longer than normal processing time.

In determining whether a benefit is payable (and, if so, the benefit amount), the Plan Administrator and the health plan administrator may consult physicians, dentists and other experts selected by IBM for advice on medical necessity and other pertinent factors, and may require that the patient be personally examined by those expert(s). For determination of medical appropriateness, the health plan administrator may also contact your physician as needed.

29

The benefit on any assigned claim will be calculated the same way as if the claim had not been assigned; for example, in calculating the amount due, the Plan will take credit for any benefit advances or over-payments previously paid for charges by the same or any other provider. In certain circumstances where there is no member liability under the Plan option, an Explanation of Benefits will not be produced.

---

**Submit Claims After the Deductible has been met**

For out-of-network claims, and claims for secondary coverage from the Plan (e.g. after Medicare pays primary) submit bills to the administrator of your plan option when charges for you or any of your eligible family member exceed the individual annual deductible. This practice of waiting to submit claims until the annual deductible is met helps IBM reduce its administrative cost, as it minimizes the number of claims that result in no reimbursement. A separate claim form is required for each family member.

---

*Deadline for Submitting Claims*

Charges are considered incurred on the date the service, hospitalization, supply, surgery or other treatment is rendered. All claims must be received by the health plan administrator no later than December 31st of the year following the year in which the charges are incurred; otherwise, there will be no benefit payable. For example, if a charge is incurred on July 1, 2015, the claim must be received by December 31, 2016. You are responsible for ensuring claims are submitted on time even if the provider is filing the claim on your behalf. IBM cannot accept any responsibility for post office deliveries or claims mailed via internal mail f                location.

*Keep Copies for Your Records*

Keep a copy of the claim form and bills for your records. You are responsible for reconciling submitted charges with claims paid as reported on the EOB statement from the health plan administrator. Copies will *not* be provided by the health plan.

*Your Responsibility*

It is your responsibility to follow the applicable claim filing procedures, and to advise the health plan administrator of any discounts or price adjustments made by the provider. A provider who waives or refunds deductibles, copayments and/or coinsurance amounts is entering into a discount arrangement with the employee. The benefit payment is calculated based on the amount actually charged after any discounts, rebates, waivers or refunds of copayments or deductibles. Thus, failure to notify the health plan administrator or the ESC of such a price adjustment may result in an overpayment of benefits. It therefore constitutes a serious violation of the provisions of the Plan and may be grounds for disciplinary action, including termination of coverage.

It is a crime to knowingly, and with intent to injure, defraud, or deceive the company, provide any fraudulent information, including filing a claim that contains any false, incomplete, or misleading information. These actions, as well as the submission of materially false information, may result in rescinding your coverage under the Plan, retroactive to the date of the fraudulent act, and you may be subject to prosecution and punishment under state and/or federal law. The IBM health plan(s) would terminate coverage of a participant or beneficiary for a reason such as fraud.

*Medical Expenses Incurred While Traveling Outside of the U.S.*

Medical expenses incurred while outside of the United States are eligible for consideration as long as they are rendered in accordance with all Plan provisions. All bills or invoices should be legible and in English, if possible. If translation to English is not possible, the health plan administrator will perform the translation services when the bill is submitted. All bills should be sent to the appropriate health plan administrator. All claims will be reimbursed in U.S. dollars. The exchange rate will be taken from a recognized publication as selected by the health plan administrator, using the rate effective on the date of discharge for inpatient hospital charges, and the date the service was rendered for all other eligible charges. Generally, you will pay for charges at the time service is rendered, and then submit your claims for reimbursement. When medical services are received outside the US, except in limited (emergency situations), these services are not covered by Medicare. When eligible services under the Plan are not covered by Medicare because they were received outside the U.S., the Plan will pay primary over Medicare (for Medicare-eligible dependents of non-Medicare-eligible participants).

*Hospital/Facility Billing*

Inpatient and outpatient hospital claims cannot be reimbursed directly to you. Negotiated prices, which create savings for you and IBM, will only take effect if the health plan administrator pays hospitals directly for covered charges. Present your identification card at the time services are rendered; do not pay up front. Hospital inquiries should be referred directly to the health plan administrator. If you pay a hospital for outpatient and inpatient services, the health plan administrator will reimburse the hospital for the eligible covered charges and you will have to obtain a refund directly from the hospital.

*Note: IBM recommends that you do not pay the hospital any amounts other than copayments until you receive your EOB. You may not receive the discounted rate if you pay the hospital directly.*

- *I                        *s will send a bill for charges directly to the health plan administrator and then bill you for any balance remaining after benefits have been paid to the facility by the health plan administrator.

- *Outpatient Charges:* In most cases, facilities will send a bill for eligible charges to the health plan administrator and then bill you for any balance remaining after benefits have been paid to the facility. If hospitals request a payment at the time of service, they will usually request the copayment (the amount not reimbursable by the Plan) and not the total charges. It is the hospital's own particular billing practices which determine whether payment will be required at the time of service or at a later date. In certain circumstances, such as a mother and newborn child, billing may be separate.

*Hospital Bill Reconciliation*

As a result of applicable state laws and/or contracts between some facilities and the health plan administrator, actual payments that a facility will accept as payment in full may vary from the facility's nominal charges. For example, in some areas of the country, payments to hospitals for inpatient stays are based on a patient's medical diagnosis rather than on the fee-for-service and per-diem charges which appear on the hospital's invoices. This payment methodology is referred to as a DRG (Diagnosis Related Group) methodology. Under a DRG system, a hospital receives a predetermined amount for the care of a patient with a specific diagnosis. Length of stay and non-operative services rendered to the patient while in the hospital do not affect the payment amount. A hospital's bill, nevertheless, will show charges at the hospital's standard rates on a fee-for-service basis, even if the DRG methodology actually applies instead. Similarly, a negotiated or discounted rate may apply at times, but might not be reflected on the billing you receive from the hospital.

In these situations, the benefit which the Plan pays may equal a different percent of the total amount the facility accepts as payment in full than that specified under the IBM Plan. In any case, the amount of your coinsurance will never be more that it would have been had the hospital required payment for the services at its full nominal rates.

Any questions regarding specific charges and reimbursements should be directed to the health plan administrator.

*Submitting Claims through Your Health Reimbursement Arrangement (HRA)*

For information on how to submit claims for reimbursement from your HRA, refer to the HRA section of this Summary Plan Description (SPD).

**Managed Mental Health Care Program Claims**

Claims processing is handled by Optum by United Behavioral Health, the administrator for the Managed Mental Health Care Program. Optum will pay eligible mental health/substance abuse claims.

*In-Network Managed Mental Health Care Program Claims*

Network providers submit claims directly to Optum for their treatment services and are paid directly by Optum for covered services under the Plan. The provider will bill you for any applicable deductibles, coinsurance or copayments.

For claims paid for the IBM Low Deductible PPO, IBM Medium Deductible PPO, IBM High Deductible PPO, IBM EPO (except for IBM EPO – Health Partners), and IBM High Deductible PPO with HSA, Optum will send you an Explanation of Benefits (EOB) statement. Verify it for accuracy and retain it for your records. You must bring any discrepancies to the attention of Optum's Member Services Department.

*Out-of-Network Managed Mental Health Care Program Claims*

If you use an eligible practitioner or eligible program/facility not in the Optum network or if you use a network practitioner and you do not precertify outpatient care, the provider will bill you for the charges. It is your responsibility to submit out-of-network claim forms to Optum for reimbursement of these charges. You must submit claims for out-of-network reimbursement directly to Optum. All out-of-network claims are subject to medical necessity review by Optum upon submission.

Out-of-network claims may be submitted online at www.liveandworkwell.com, or mail completed out-of-network claims, together with any required paperwork, to:

Optum
P.O. Box 30755
Salt Lake City, UT 84130-0755

*Out-of-Network Facilities and Hospitals*

If you use an out-of-network facility, the facility may submit a bill to Optum. You will then receive an Explanation of Benefits (EOB) statement from Optum (and a bill from the facility for any ineligible amount Optum does not pay to the facility). However, an out-of-network facility may bill you directly. You should not pay the hospital bill until the hospital has submitted claims to Optum and the amount for which you are financially responsible has been determined.

*If Your IBM Plan Is Secondary*

If the Plan provides secondary coverage, you are required to submit an EOB statement from your primary carrier with every claim submitted. All claims are subject to a medical necessity review at Optum's discretion.

*International Claims*

There are generally no participating providers or facilities overseas, therefore no precertification is required for employees and their eligible dependents who receive care overseas. Claims will be reimbursed, subject to Plan limitations, at the in-network level for medically necessary services rendered by an eligible provider and/or eligible facility.

To file an international claim, submit a Mental Health Care Program Claim Form to Optum along with the complete supporting provider documentation and itemized bills in English if possible. If an English translation is not possible, Optum will perform translation services once the claim is submitted. All claims will be paid in U.S. dollars. The exchange rate will be taken from a recognized exchange rate publication, as selected by Optum, using the rate effective on the date of discharge for inpatient hospital charges and the date the service was rendered for all other eligible charges.

**Dental Claims**

Generally, your network dentist will submit your claim directly to MetLife and you will not need to obtain a claim form.

If you do need to file a claim for dental treatment, follow these steps:

- Obtain an IBM MetLife Dental Claim Form from www.metlife.com/mybenefits, w3 or by calling MetLife at 800-872-6963.
- Bring the claim form with you to the dental appointment.
- Complete and sign the IBM MetLife Dental Claim Form at the time services are provided. The IBM employee must sign the claim form certifying the validity of the claim. Claims will only be processed for covered eligible family members who are listed on your benefits on file with IBM.
- Ask your dentist to complete the "Dentist Section" on the claim form and return it to MetLife at the address on the form. You may also submit the claim form yourself with the appropriate supporting documentation (e.g., itemized bill).
- Your dentist may submit an electronic claim only if he or she maintains the appropriate "signature on file."
- Payment will be made to you or your dentist as indicated on the claim form.

Claims for services must be received at the MetLife claim office no later than December 31st of the year following the year charges are incurred.

Note that if you and your spouse/domestic partner are eligible for IBM dental coverage each in your own right and one of you is enrolled as a dependent of the other, all claims must be filed by the Plan participant only.

*How to File a Claim for Orthodontic Treatment*

When submitting a claim for comprehensive orthodontic treatment, it is only necessary to submit the claim once, at the beginning of the active treatment period. However, MetLife may request additional information periodically to verify that you or your dependent is still receiving active treatment. Payment will be made to you or the dentist, as indicated on the claim form.

## CHANGING COVERAGE DUE TO A QUALIFIED STATUS CHANGE

The following information applies to coverage under the Plan until you reach age 65 or otherwise become Medicare-eligible (except for those enrolled in the Aetna Medicare Plan (PPO) or Aetna Medicare Plan (HMO) as of August 1, 2013. See "IBM Medical Options for Medicare-Eligible Retirees" on page 76 for more details):

Generally, you cannot change your coverage during the plan year. However, in the case of certain events that affect a family's benefits options or needs, the Plan allows you to make certain limited changes. These changes must be consistent with the qualified status change and are subject to dependent eligibility provisions under the Plan.

As of January 1, 2005 IBM changed the eligibility requirements for retirees who enroll dependents in IBM medical, dental and vision coverage. These requirements may affect your ability to make a qualified status change during the year. Refer to the Eligibility section for details.

Examples of qualified status changes for which the Personal Benefits Program allows a change are:

- Certain eligible changes in marital status
- Death of your eligible spouse/domestic partner/civil u
- Gain or loss of other coverage

---

**HOW TO ADD AN ELIGIBLE DEPENDENT**

If you need to add an eligible family member to your benefits options you must complete the enrollment process even if your monthly contributions will not increase because you are already enrolled in the maximum family coverage. Failure to do so will result in the dependent not being able to be enrolled until the next annual enrollment period.

To enroll the dependent, call the ESC within 30 days of the eligible Qualified Status Change. Representatives are available business days (excluding holidays recognized by the New York Stock Exchange) between 8:30 a.m. and 8:30 p.m., Eastern Time.

IBM reserves the right to require documentation sup-porting eligibility of your dependents such as a marriage certificate, affidavit of domestic partnership, a copy of a recent Federal Tax Return (e.g., 1040), birth certificate or adoption papers.

---

### You Must Request Your Change within 30 Days

If you have a qualified status change during the plan year, you must call the ESC to make eligible changes to your coverage within 30 days of the date of the qualified status change. Otherwise, you will not be able to make changes until the next annual enrollment period and your changes will not take effect until the next plan year. If you make your change within 30 days of the event, Plan changes are generally effective on the first of the month following your request.

### Changing a Family Member's Eligibility Status

You must call the ESC within 30 days of any event that causes an enrolled family member to become ineligible for coverage under the provisions of the Plan (for example, your child marries). The individual losing coverage may be eligible to elect continuation coverage under the Transitional Medical Program.

**Qualified Status Changes at a Glance**

The following chart shows some of the more common events for which you can make changes in coverage.

| Event | Medical/Dental/Vision |
|---|---|
| **Add an Eligible Dependent**<br>Applies only to dependents who met eligibility requirements *prior* to your retirement date or January 1, 2005. | May increase coverage category.<br>May not change plan options. |
| **Lose a Dependent**<br>• Divorce<br>• Death<br>• Dependent loses eligibility<br>• Termination of domestic partnership | May decrease coverage category.<br>May not change options (see medical and dental "No Coverage" options for exceptions). |
| **Spouse/Domestic Partner Loses or Gains Health and Welfare Coverage Elsewhere**<br>Applies only to spouses/domestic partners who met eligibility requirements prior to your retirement date. | May increase coverage category.<br>May elect medical and dental coverage if you previously waived coverage and were covered by your spouse/domestic partner. |
| **Move Out of the HMO/DMA Service Area** | May change medical or dental option.<br>May not change coverage category. |

*Events that Do Not Count as Qualified Status Changes*

Only events that are considered qualified status changes permit you to make certain changes to your benefits during the year. The following events do not qualify as qualified status changes:

- A mistake in enrollment, such as selection of the wrong plan
- Attaining an annual or lifetime maximum during the plan year
- Your physician or hospital does not participate or stops participating in the plan's network

**If You Change Medical Options During or After the Plan Year**

If you experience a qualified status change and change your medical plan options during the year, amounts accrued toward satisfying your prior option's annual deductibles and out-of-pocket maximums for that year will be applied toward satisfying the new option's annual deductibles and out-of-pocket maximums — but only up to the amounts of the deductible and out-of-pocket maximum of the plan option in which you have newly enrolled. Excess amounts will not be reimbursed. If you are enrolled in a plan option with an annual benefit maximum on prescription drugs and change to another plan option with an annual benefit maximum, amounts accrued toward meeting the annual benefit maximum will be applied towards satisfying the new plan option's annual benefit maximum.

You must notify the administrator of your plan option for your new option directly to receive any applicable credits. You will be asked to provide a copy of the latest Explanation of Benefits statement from the prior administrator of your plan option. (If you and your spouse are both eligible for IBM coverage in your own right, and as a result of a qualified status change you change your enrollment from being primary to being a dependent of your spouse, deductibles and out-of-pocket maximums are not transferable.) There will be no carryover of credits against deductibles from one plan year to another. Out-of-network lifetime maximum amounts are combined across all medical options administered by the same administrator. Benefits received under the out-of-network lifetime maximum of the administrator of your plan option will not be counted against the lifetime maximum of another plan option (or of another plan option administered by a different administrator). Changing from one medical plan option administered by an administrator to another medical plan option administered by the same administrator generally does not reduce or reset the cumulative benefit amounts that were incurred against a medical plan option's lifetime maximums.

For purposes of the rules stated previously regarding changing medical plan options during or after the year, the administrator of the Retiree Health Access℠ plan options (the Aetna Medicare Plan (PPO) a         (HMO)) is treated as a separate administrator with respect to any other medical option offered by the Plan (even if it also provides services with respect to such other medical plan option).

If you leave a medical plan option which does not have a deductible and change to a medical plan option that has a deductible, you must meet the new plan's deductible before you become eligible to receive benefits. Alternatively, if you leave a medical plan option where you have accumulated amounts towards or have met the deductible and change to a plan that does not have a deductible, there is no deductible transfer or credit.

For more details about qualified status changes, call the ESC or OneExchange.

## COORDINATING COVERAGE

### IBM Couples

If you and your spouse/domestic or civil union partner are both eligible to participate in the Plan (and are not Medicare-eligible), you must choose each plan year whether to enroll for individual coverage separately or as an eligible family member under the other's coverage, and under which IBM plan (active or retiree plan) where applicable.

Because of the special federal and/or state tax consequences for same-gender spouse /domestic partner/civil union benefits, you should consider the financial effects of your enrollment decisions. Please see the *Domestic Partner/Same-Gender Spouse Information Guide*, available on NetBenefits.

As an IBM couple, you can enroll for coverage in one of two ways:

- You and your spouse/domestic or civil union partner can enroll individually

   All dependent children together under one employee or retiree, or

   - Split the children between each employee or retiree parent.

   Enrollment does not have to be the same for medical, dental and vision — different combinations of enrollment can be used; however, the children can never be enrolled twice.

- One of you can enroll for coverage as a plan participant and cover the other as a family member, along with any eligible children. The IBM spouse/domestic or civil union partner who is covered as a family member would elect no coverage.

**No Duplicate IBM Coverage**

A person who has IBM medical, dental or vision coverage in one capacity will not have further IBM coverage under the same or any other IBM-sponsored medical, dental or vision benefits Plan in any other capacity. For example:

- A person covered by the active medical plan will not also be covered by the Plan.
- A person covered as the spouse/domestic or civil union partner of an IBM employee or retiree will not also be covered as the surviving spouse or as the surviving domestic or civil union partner of a deceased IBM employee or retiree.
- A person covered as an eligible dependent child of one IBM parent will not also be covered as an eligible dependent child of the other IBM parent.
- A person who has coverage as an eligible dependent child of a parent will not also be covered as an eligible dependent child of a stepparent, or as an eligible surviving child of a deceased parent.

As explained previously in "IBM Couples," special rules apply in the case of spouses/domestic or civil union partners who each have individual IBM coverage in their own right (that is, on account of being an active, inactive or retired IBM employee, or an MDIP or LTD benefits recipient). Neither will have secondary IBM coverage as the spouse/domestic or civil union partner of the other. Likewise, there is no duplication of Plan maximums. Charges will only be eligible under and applied to the primary participant's maximums. If you have a qualified status change and change your enrollment from being primary to being a dependent of your spouse/domestic or civil union partner, deductibles and out-of-pocket maximums do not transfer even if you stay in the same Plan option.

**Coverage for Medicare-Eligible Dependents or Non-Medicare-Eligible Dependents**

The following charts show when the Plan pays primary over Medicare, when Medicare pays primary over the Plan for your Medicare-eligible and non-Medicare-eligible dependents, along with the type of coverage for your non-Medicare-eligible dependents, as applicable.

The information in these charts apply to your (and your dependent's) coverage as:

- A non-Medicare-eligible retiree (with dependents*) or
- A non-Medicare-eligible dependent* of a Medicare-eligible retiree or
- A Medicare-eligible retiree enrolled in the Aetna Medicare Plan (PPO) or Aetna Medicare Plan (HMO) as of August 1, 2013.

* If there are more than one non-Medicare-eligible dependents for the same Medicare-eligible retiree, they will all be enrolled as a family, with one individual (spouse or oldest child) designated as the primary enrollee.

("Primary" means that the plan determines its benefit payment amounts for the particular beneficiary without regard to the other coverage the person also has. If a plan takes into account the amount of another plan's benefit in calculating its own benefit, that plan is said to be "secondary" relative to the other plan.)

| Type of Coverage | | | | |
|---|---|---|---|---|
| | Medicare-Eligible Dependents | | Non-Medicare-Eligible Dependents | |
| | Medical Services | Prescription Drugs | Medical Services | Prescription Drugs |
| **Options If You Are Not Eligible For Medicare** | | | | |
| IBM Low Deductible PPO | Secondary coverage, after Medicare | Primary coverage | Primary coverage | |
| IBM Medium Deductible PPO | | | | |
| IBM High Deductible PPO | | | | |
| IBM High Deductible PPO with Health Savings Account | | | | |
| IBM EPO | | | | |
| Typical HMO | No Coverage | No Coverage | Primary Coverage | |
| **Options If You Are Eligible For Medicare** | | | | |
| Aetna Medicare Plan (PPO) | Primary coverage | Primary coverage | No coverage | No coverage |
| Aetna Medicare Plan (HMO) | | | | |

### If You or a Family Member Have Additional Coverage (other than Medicare)

If you or an eligible family member have other group coverage in addition to IBM group coverage, IBM medical and dental benefits will be coordinated with the other coverage to avoid duplication of payment. When the Plan's responsibility for benefits is secondary to that of the other coverage, the Plan will not pay a benefit for an eligible expense until the other coverage has paid, and the IBM benefit amount which would normally apply will be reduced by the amount the other coverage paid.

It is your responsibility to keep your other coverage information current by promptly reporting changes to the health plan you are enrolled in. It is your responsibility to provide updates to your other health coverage information. If you do not respond to a request(s) by your health plan to update your other coverage information, your claims may be denied until the plan receives your information.

Some providers give a discount when the Plan has primary responsibility for payment. If you use one of these providers, the IBM benefit will be calculated using the discount price, even if in your case the Plan was not primary and you therefore did not receive the discount.

Even when Plan coverage is secondary, the Plan will not pay benefits for ineligible expenses, such as the difference between private room charges and semi-private room charges or the difference between an actual charge and the usual and prevailing fee. Likewise the Plan will not waive deductibles or out-of-pocket copayment requirements, even in situations where IBM coverage is secondary.

**Coordinating Benefits with Another Health Plan (As Long As You Are Not a Medicare-Eligible Retiree)**

If you or your eligible family members are covered by the Plan and by certain other types of group coverage, the IBM Plans will coordinate your benefits with other health coverage. The plan that pays first depends on which plan is primary and which plan is secondary. The primary plan pays first. A plan without a Co-ordination of Benefits (COB) provision pays before a plan that has a COB provision. Generally, the Plan is primary for a covered retiree and secondary for a spouse who also is covered by his or her own employer's plan.

The primary plan for your covered eligible dependent children is determined by the birthday rule — the plan of the parent whose birthday occurs first during the calendar year pays first. For example, if you and your spouse are covered by different group plans and you each cover your dependent children and your birthday is in June and your spouse's birthday is in October, your plan is the primary plan for your children and your spouse's plan is the secondary plan. If both parents have the same birthday (based on month and day only), primary coverage is from the plan of the parent who has had coverage longer. See below for special rules if the child's parents are divorced or legally separated.

When filing claims, you should always file the claim with the primary plan first. If you are unsure which plan is primary and which is secondary, contact the ESC.

*The Plan Is Primary to Another Plan When the Patient Has*

| IBM Coverage as | And, the Other Coverage as |
|---|---|
| • A retired IBM employee, or an MDIP or LTD benefits recipient and is not Medicare-eligible.<br>• The eligible dependent child of his or her parent with the earlier birthday (based on month and day only). | • The eligible spouse/domestic partner or surviving spouse/surviving domestic partner of an employee of another employer.<br>• The eligible dependent child of his or her parent with the later birthday (based on month and day only). |

*T*

| IBM Coverage as | And, the Other Coverage as |
|---|---|
| • The spouse/domestic partner of a retiree or of an MDIP or LTD benefits recipient and is eligible for Medicare (as long as the retiree is not eligible for Medicare).<br>• The eligible dependent child of his or her parent with the later birthday (based on month and day only).<br>• An MDIP, LTD benefits recipient.<br>• The spouse/domestic partner or eligible dependent child of an MDIP or LTD benefits recipient and is eligible for Medicare (as long as the retiree is not eligible for Medicare). | • An employee or retiree of another employer in their own right.<br>• The eligible dependent child of his or her parent with the earlier birthday (based on month and day only).<br>• An active employee of another employer.<br>• The spouse/domestic partner or eligible dependent child of an active employee of another employer. |

**Coordinating Benefits in the Situation of Divorce or Separation**

If a child's natural parents are legally separated or divorced, and the child is covered under one employer's plan or retiree plan as the child of one natural parent and under another employer's plan or retiree plan as the child of the other natural parent or stepparent, (or, if both parents have coverage under the Plan), the order of responsibility for payment of benefits will be determined in accordance with the following rules:

- A court decree stating that the Plan or the IBM employee's or retiree's coverage is primary will not be controlling.
- If a court decree specifically designates one of the child's natural parents as having financial responsibility for the child, then the plan of the natural parent having financial responsibility for the child under the court decree is primary over the other natural parent's plan.

39

- If the court decree does not specifically designate one parent as having financial responsibility, or if the court decree provides for any form of joint or shared financial responsibility, then the plan of the natural parent with whom the child resides for the majority of the calendar year is primary. If custody is joint, and the child is not determined to reside with one parent for the majority of the calendar year, the plan of the natural parent with the earlier birthday (month and day only) is primary.
- The plan of a natural parent with custody of the child normally is primary over the plan of a stepparent married to that natural parent.
- The plan of a natural parent who is neither specifically designated in the court order as having financial responsibility nor has custody of the child, normally has last responsibility for benefits.

"Financial responsibility" means that the parent having financial responsibility for the child provides more than half of the child's financial support each year.

### The Plan Does Not Coordinate When Benefits Are Provided from Other Sources

- Benefits will not be payable when charges for treatment of an illness or injury are compensable under a workers' compensation law.
- Benefits will not be payable when any of the charges for treatment of an illness or injury are provided for under federal, state or municipal laws or regulations other than Medicare or Medicaid.
- No benefits are payable when any of the charges for treatment of an illness or injury are provided in hospitals of the federal, state or municipal governments unless the amount charged would be payable by the individual irrespective of the existence of the Plan.
- If a child becomes a ward of the state, the child is no longer an eligible dependent, and benefits are not payable by the Plan.
- If payments are received from such other sources as described above after payment of benefits from the Plan, the Plan will expect reimbursement when the payment by the other source is made. Please refer to "Recovery Provisions."

## PLAN COVERAGE AND MEDICAID

### Effect of Medicaid on IBM Coverage

Ef
, medical
assistance under a federally-approved state Medicaid program. However, effective as of August 10, 1993, the Plan in paying benefits will honor:

- Any assignment of rights which was made by or on behalf of a participant or eligible family member, if the assignment was legally required by a federally approved state Medicaid program.
- Any rights which a state has under state law to be reimbursed from benefits legally owed by the Plan for items or services for a participant or eligible family member, to the extent the state's Medicaid program has paid for those items or services.

### Medicaid/State Child Health Insurance Plans (CHIP)

Eligible retirees and their eligible dependents are allowed to enroll in the Plan mid-year if:

- Their coverage is lost under their respective state Medicaid or CHIP; or
- They become eligible for premium assistance under their respective state Medicaid or CHIP.

If you are not already enrolled in the Plan when one of the above events occurs, you will be able to enroll yourself and your eligible dependent(s) within 60 days of the date of the event.
Coverage will be effective retroactive to the date of the loss of Medicaid or CHIP coverage or the date you become eligible for premium assistance under Medicaid or CHIP, as applicable.

Enrollment requests received later than 60 days after one of the above events will not be accepted. However, you will have an opportunity to enroll during the next annual enrollment period.

**Medicaid and the Children's Health Insurance Program (CHIP) Offer Free or Low-Cost Health Coverage to Children and Families**

If you are eligible to participate in the Plan, but are unable to afford the premiums, some States have premium assistance programs that can help pay for coverage. These States use funds from their Medicaid or CHIP programs to help people who are eligible for employer-sponsored health coverage, but need assistance in paying their health premiums.
If you or your dependents are already enrolled in Medicaid or CHIP and you live in a State listed below, you can contact your State Medicaid or CHIP office to find out if premium assistance is available.

If you or your dependents are NOT currently enrolled in Medicaid or CHIP, and you think you or any of your dependents might be eligible for either of these programs, you can contact your State Medicaid or CHIP office or dial 877-KIDS NOW or www.insurekidsnow.gov to find out how to apply. If you qualify, you can ask the State if it has a program that might help you pay the premiums for an employer-sponsored plan.

If you or your dependents are eligible for premium assistance under Medicaid or CHIP      ll as eligible under your employer plan, your employer must allow you to enroll in your employer plan if you aren't already enrolled. This is called a "special enrollment" opportunity, and you **must request coverage within 60 days of being determined eligible for premium assistance**. If you have questions about enrolling in your employer plan, contact the Department of Labor at www.askebsa.dol.gov or call 866-444-EBSA (3272).

If you live in one of the following states, you may be eligible for assistance paying your employer health plan premiums. The following list of states is current as of January 31, 2015. Contact your State for more information on eligibility –

| **ALABAMA – Medicaid** | **ALASKA – Medicaid** |
|---|---|
| Website: http://www.myalhipp.com | Website: http://health.hss.state.ak.us/dpa/programs/medicaid/ |
| Phone: 855-692-5447 | Phone (Outside of Anchorage): 888-318-8890 |
| | Phone (Anchorage): 907-269-6529 |
| **COLORADO – Medicaid** | **FLORIDA – Medicaid** |
| Medicaid Website: http://www.colorado.gov/hcpf | Website: https://www.flmedicaidtplrecovery.com/ |
| Medicaid Customer Contact Center: 800-221-3943 | Phone: 877-357-3268 |
| **GEORGIA – Medicaid** | **INDIANA – Medicaid** |
| Website: http://dch.georgia.gov/ - Click on Programs, then Medicaid, then Health Insurance Premium Payment (HIPP) | Website: http://www.in.gov/fssa |
| Phone: 800-869-1150 | Phone: 800-889-9949 |
| **IOWA – Medicaid** | **KANSAS – Medicaid** |
| Website: www.dhs.state.ia.us/hipp/ | Website: http://www.kdheks.gov/hcf/ |
| Phone: 888-346-9562 | Phone: 800-792-4884 |
| **KENTUCKY – Medicaid** | **LOUISIANA – Medicaid** |
| Website: http://chfs.ky.gov/dms/default.htm | Website: http://www.lahipp.dhh.louisiana.gov |
| Phone: 800-635-2570 | Phone: 888-695-2447 |

IBM BENEFITS FOR RETIRED EMPLOYEES: ADMINISTRATIVE INFORMATION

| **MAINE – Medicaid** | **MASSACHUSETTS – Medicaid and CHIP** |
|---|---|
| Website: http://www.maine.gov/dhhs/ofi/public-assistance/index.html<br>Phone: 800-977-6740<br>TTY 800-977-6741 | Website: http://www.mass.gov/MassHealth<br>Phone: 800-462-1120 |
| **MINNESOTA – Medicaid** | **MISSOURI – Medicaid** |
| Website: http://www.dhs.state.mn.us/id_006254<br>Click on Health Care, then Medical Assistance<br>Phone: 800-657-3739 | Website: http://www.dss.mo.gov/mhd/participants/pages/hipp.htm<br>Phone: 573-751-2005 |
| **MONTANA – Medicaid** | **NEBRASKA – Medicaid** |
| Website: http://Medicaid.mt.gov/member<br>Phone: 800-694-3084 | Website: www.ACCESSNebraska.ne.gov<br>Phone: 855-632-7633 |
| **NEVADA – Medicaid** | **NEW HAMPSHIRE – Medicaid** |
| Medicaid Website: http://dwss.nv.gov/<br>Medicaid Phone: 800-992-0900 | Website: http://www.dhhs.nh.gov/oii/documents/hippapp.pdf<br>Phone: 603-271-5218 |
| **NEW JERSEY – Medicaid and CHIP** | **NEW YORK – Medicaid** |
| Medicaid Website:<br>http://www.state.nj.us/humanservices/dmahs/clients/medicaid/<br>Medicaid Phone: 609-631-2392<br>CHIP Website: http://www.njfamilycare.org/index.html<br>CHIP Phone: 800-701-0710 | Website: http://www.nyhealth.gov/health_care/medicaid/<br>Phone: 800-541-2831 |
| **NORTH CAROLINA – Medicaid** | **NORTH DAKOTA – Medicaid** |
| Website: http://www.ncdhhs.gov/dma<br>Phone: 919-855-4100 | Website: http://www.nd.gov/dhs/services/medicalserv/medicaid/<br>Phone: 800-755-2604 |
| **OKLAHOMA – Medicaid and CHIP** | **OREGON – Medicaid** |
| Website: http://www.insureoklahoma.org<br>Phone: 888-365-3742 | Website: http://www.oregonhealthykids.gov<br>http://www.hijossaludablesoregon.gov<br>Phone: 800-699-9075 |
| **PENNSYLVANIA – Medicaid** | **RHODE ISLAND – Medicaid** |
| Website: http://www.dpw.state.pa.us/hipp<br>Phone: 800-692-7462 | Website: www.ohhs.ri.gov<br>Phone: 401-462-5300 |
| **SOUTH CAROLINA – Medicaid** | **SOUTH DAKOTA - Medicaid** |
| Website: http://www.scdhhs.gov<br>Phone: 888-549-0820 | Website: http://dss.sd.gov<br>Phone: 888-828-0059 |
| **TEXAS – Medicaid** | **UTAH – Medicaid and CHIP** |
| Website: https://www.gethipptexas.com/<br>Phone: 800-440-0493 | Medicaid Website:<br>Medicaid: http://health.utah.gov/medicaid<br>CHIP Website:<br>CHIP: http://health.utah.gov/chip<br>Phone: 866-435-7414 |
| **VERMONT – Medicaid** | **VIRGINIA – Medicaid and CHIP** |
| Website: http://www.greenmountaincare.org/<br>Phone: 800-250-8427 | Medicaid Website:<br>http://www.coverva.org/programs_premium_assistance.cfm<br>Medicaid Phone: 800-432-5924<br>CHIP Website:<br>http://www.coverva.org/programs_premium_assistance.cfm<br>CHIP Phone: 855-242-8282 |
| **WASHINGTON – Medicaid** | **WEST VIRGINIA – Medicaid** |
| Website:<br>http://www.hca.wa.gov/medicaid/premium/pages/index.aspx<br>Phone: 800-562-3022 ext. 15473 | Website: www.dhhr.wv.gov/bms/<br>Phone: 877-598-5820, HMS Third Party Liability |
| **WISCONSIN – Medicaid and CHIP** | **WYOMING – Medicaid** |
| Website: https://dhs.wisconsin.gov/badgercareplus/p-10095.htm<br>Phone: 800-362-3002 | Website: http://health.wyo.gov/healthcarefin/equalitycare<br>Phone: 307-777-7531 |

42

To see if any other states have added a premium assistance program since January 31, 2015, or for more information on special enrollment rights, contact either:

| U.S. Department of Labor | U.S. Department of Health and Human Services |
|---|---|
| Employee Benefits Security Administration | Centers for Medicare & Medicaid Services |
| www.dol.gov/ebsa | www.cms.hhs.gov |
| 866-444-EBSA (3272) | http:///877-267-2323, Ext. 61565 |

Special rules apply to covered retirees and their covered dependents who are enrolled in Medicaid or a state children's health insurance plan (CHIP) as well as the IBM health benefits plan. Generally, the IBM health benefits plan will be the primary payer and Medicaid or CHIP will be the secondary payer.

## COORDINATING PLAN MEDICAL COVERAGE WITH MEDICARE

When you or a family member who is covered under the Plan become eligible for Medicare coverage (due to attainment of age 65 or disability), Medicare becomes an important part of your protection against medical expenses. It will also affect the plan options for which you are eligible. Effective January 1, 2014, Medicare-eligible IBM retirees, Medicare-eligible individuals receiving Medical Disability Income Plan (MDIP) or Long-Term Disability (LTD) Plan benefits, and their Medicare-eligible dependents will not be eligible to enroll in plan options under the Plan. (Exception: If you were enrolled in the Aetna Medicare Plan (PPO) or Aetna Medicare Plan (HMO) as of August 1, 2013, special rules apply. See "IBM Medical Options for Medicare-Eligible Retirees" on page 76 for more information.)

The following participants will remain eligible for coverage under the Plan:

(1) Non-Medicare-eligible dependents of: Medicare-eligible IBM retirees, Medicare-eligible individuals receiving Medical Disability Income Plan (MDIP) or IBM Long-Term Disability (LTD) Plan benefits. The IBM Plan will be primary.

(2) Medicare-eligible dependents of non-Medicare-eligible IBM retirees, non-Medicare-eligible individuals receiving Medical Disability Income Plan (MDIP) or IBM Long-Term Disability (LTD) Plan benefits. Medicare will be primary and the Plan will be secondary.

### Understanding Medicare

In                          lment in Medicare. A late application may result in mandatory postponement of the start of coverage and higher premiums than would otherwise apply. The Medicare program and laws are subject to change. Also, the Medicare laws are quite complex and subject to government interpretation. You should consult your local Social Security office for more detailed or current in-formation about Medicare or contact Towers Watson's OneExchange Medicare marketplace.

### Eligibility for Medicare

The federal government's Medicare Health Insurance ("Medicare") consists of three parts:

- Part A (Hospital Insurance) helps pay for inpatient hospital care, inpatient care in a skilled nursing facility, home health care and hospice care.
- Part B (Medical Insurance) helps pay for doctors' services, outpatient hospital services, durable medical equipment and a number of other medical services and supplies that are not covered by Part A of Medicare.
- Part D (Prescription Drug Insurance) helps pay for prescription drugs.

Generally, the following persons may be eligible for enrollment in Medicare (subject, in some cases, to a waiting period, limit on length of Medicare eligibility or other conditions):

- Persons age 65 or older.
- Persons who are, and for more than 24 months have been, eligible for disability income benefit payments under Social Security or railroad retirement. (Also, certain government employees and certain members of their families when they are disabled for more than 29 months.)
- Persons who, because of permanent kidney failure, have been receiving continuing dialysis or have had a kidney transplant.

*Note: If you and/or your eligible dependents become eligible for Medicare due to disability, you must contact the ESC directly and report the Medicare Part A and B effective dates.*

### Enrollment in Medicare

If you are, or your spouse is, actively employed and you have coverage through an active group health plan, you do not have to enroll in Medicare until such time as employment ends. If you do choose to enroll in Medicare, then Medicare will be secondary to your active group health plan as long as you, or your spouse, are actively employed.

Once you retire, IBM requires all those who are eligible for Medicare and are covered under any the Plan, to enroll in Medicare Parts A and B as soon as they become eligible for Medicare on the basis of age or disability. Such Medicare coverage is considered primary over the Plan regardless of any other coverage the employee or dependent may have. During your retirement planning, you should call Social Security regarding enrollment in Medicare Parts A and B for you (and any Medicare-eligible dependents) and enroll as early as possible so your coverage will be effective when you retire. This will ensure you don't have a gap in coverage since your eligibility to enroll in plan options under the Plan will end when you retire and you may become eligible for a Health Reimbursement Arrangement (HRA) if you enroll in individual medical or prescription drug coverage through the OneExchange Medicare marketplace. You can enroll in individual coverage through OneExchange a few months prior to retiring with a future effective date when your Medicare becomes effective and you retire.

*Enrollment in Medicare Parts A and B*

Enrollment in Medicare Part A occurs automatically for some people who have been receiving monthly income benefits from Social Security before age 65, and you must accept and sign up for Medicare Part B. Anyone else will not be enrolled in Medicare unless he or she applies. If enrollment is not automatic in your case, it is important to enroll in a timely manner; otherwise your coverage may be delayed, you may incur a surcharge on your Medicare monthly premiums as a penalty for late enrollment and you may have a gap in coverage. Contact Medicare directly at 800-MEDICARE (800-633-4227) with any questions you may have.

*Enrollment in Medicare Part D (for Medicare-eligible Dependents of a Non-Medicare-eligible Retiree)*

Enrollment in a Medicare Part D prescription drug plan is voluntary. IBM has determined that many plan options under the Plan are, on average for all Plan participants enrolled in that plan option, expected to pay out as much as the standard Medicare Part D prescription drug coverage will pay. (See "IBM Notice of Creditable Coverage" in this section for more information). The Plan will not coordinate with Medicare Part D plans, so you should not enroll in both a plan option under the Plan that provides prescription drug coverage and a Medicare Part D prescription drug plan. This is true even if you enroll in Medicare Parts A and B. See "IBM Medicare Coverage and Medicare Part D" in "Coordination of Benefits with the IBM Plan and Medicare" for more information concerning Part D coverage. Again, if you enroll in a plan option under the Plan that offers Creditable Prescription Drug Coverage and a non-IBM Part D Plan, and CMS informs the Plan of the conflict in enrollment, the Plan will be forced to drop you from Prescription Drug coverage as Medicare rules do not permit dual enrollments in Part D plans. In addition, the efforts necessary to correct this situation will be the responsibility of the member since the Plan cannot intercede on your behalf with the other Plan.

*Coordination of Benefits with the Plan and Medicare (for Medicare-eligible Dependents of a Non-Medicare-eligible Retiree)*

If a person is enrolled in both a plan option under the Plan and Medicare, Plan coverage is secondary to Medicare except where the Plan is legally required to provide primary coverage.

The Plan is legally required to provide primary coverage if:

- The person is eligible for Plan coverage by virtue of his or her own current active employment status or
- The person is enrolled in the Plan as an eligible family member of a participant who is eligible for Plan coverage by virtue of the participant's current active employment status.
- A person is enrolled in Medicare on the basis of permanent kidney failure, unless the person has not been eligible for or entitled to Medicare on that basis for more than 30 months.

Under federal law, where an individual's Medicare coverage would be secondary to that of the Plan because of the cases noted above, the individual can receive Medicare as primary coverage by specifically opting out of Plan coverage. However, if the individual chooses to have Medicare as primary coverage, no secondary or supplementary coverage will be available for the individual under the Plan.

The federal government has indicated an employee is considered to be in current employment status if the employee is working for the employer or is receiving payments from the employer which are subject to FICA tax.

The Balanced Budget Act of 1997 allows physicians or practitioners to sign "private contracts" with Medicare beneficiaries for which no claim can be submitted to Medicare by either the provider or beneficiary.

Services provided under "private contracts" are not covered by Medicare. If eligible individuals enroll in Medicare Part B, and choose to enter into a "private contract" arrangement with one or more providers, they have, in effect, "opted out" of Medicare for the services provided by these providers. No benefits will be paid by the IBM Plan for services rendered by providers with whom such "private contracts" have been made.

In addition, if a service is normally covered by Medicare, and is received from a provider who is not enrolled in the Medicare program, those services are not eligible for reimbursement under the Plan.

The following describes how coordination of benefits works under the Plan when Medicare is primary over the Plan.

**Coordination of Benefits with the Plan when Medicare is Primary (for Medicare-eligible Dependents of a Non-Medicare-eligible Retiree)**

*In*

**IBM Medical Services – Part B (for Medicare-eligible Dependents of a Non-Medicare-eligible Retiree)**

In evaluating claims under Medicare Part B, Medicare approves only those amounts it considers reasonable for the specific treatment. In some cases, the amount considered reasonable by Medicare may be less than the amounts billed by physicians and suppliers. Where the physician or supplier charges more than Medicare's "approved" amount, Medicare pays 80% of the "reasonable" or "approved" amount only (after satisfaction of the Medicare deductible), not 80% of the actual charge.

Physicians and suppliers may accept this approved amount as payment in full, which is commonly known as "accepting assignment." The employee or retiree is still responsible for the annual Medicare deductible and the appropriate copayment portion of the approved amount. To protect patients from high charges, Medicare imposes an upper limit, called the "limiting charge," on how much a physician or a supplier can charge when the patient is a Medicare beneficiary and the provider does not accept assignment.

*Deductibles*

When an individual is covered by Medicare Part B insurance and Medicare is primary, Medicare-eligible charges are subject to the Medicare Part B deductible. Charges for medical and surgical services are also subject to the Plan's applicable annual deductible.

*Medical Services with Medicare*

Generally, Medicare pays 80% of what Medicare determines to be the "reasonable" fees (Medicare approved amount) after satisfaction of the Medicare Part B deductible. As secondary payer, the Plan will coordinate benefits with Medicare, up to a maximum of Medicare's approved amount or the 15% "limiting charge" under the Plan, after satisfaction of the annual deductible.

If the doctor accepts assignment, Medicare will have paid 80% of the approved amount and no additional reimbursement will be made by the Plan until you reach your out-of-pocket maximum. At that time, IBM will reimburse 100% of the difference between Medicare's payment and Medicare's coinsurance.

If the doctor does not accept assignment, the Plan will reimburse 80% of the Medicare "limiting charge" or 100% if the annual out-of-pocket maximum is reached.

In cases where the provider does not accept Medicare assignment, the Plan will pay 80% (or 100% if the annual out-of-pocket maximum is reached) of the difference between Medicare's "limiting charge" and the amount approved by Medicare.

*Reimbursement for Prescription Drugs*

The IBM Managed Pharmacy Program will pay benefits for eligible prescription drug charges which are also covered by Medicare (but not by a Medicare Part D plan), such as diabetic supplies and chemotherapy drugs. Benefits will be paid at the reimbursement rates based on the medical option you have chosen.

### Coordination of Benefits for Prescription Drugs (for Medicare-eligible Dependents of a Non-Medicare-eligible Retiree)

CVS Caremark does not coordinate benefits with Medicare or Medigap plans. If you have coverage under a Medigap Plan and under a plan option under the Plan that includes prescription drug coverage, and a Medigap Plan reimbursement check is forwarded to CVS Caremark, the check will be returned to the Medigap Plan which is responsible for reimbursing the member. It is also important to note that the member is responsible for paying the coinsurance amount up front at the time the mail service order is placed and then working with the Medigap Plan for reimbursement.

### Medicare Part B Premium Reimbursement for Pre-1991 Retirees (for Medicare-eligible Dependents of a Non-Medicare-eligible Retiree)

Individuals who retired on or before December 31, 1990 (and their Medicare Part B enrolled eligible dependents) and qualify for Medicare on the basis of age or due to disability, are eligible to receive reimbursement for the first $24.80 per person of the standard monthly Medicare Part B premium in their monthly pension or separate check if not receiving a pension. A one-time enrollment application must be completed and submitted to the IBM Employee Services Center to receive the $24.80 ($18.60 for part-time retiree). The balance up to the full standard monthly Medicare Part B premium is eligible for reimbursement through IBM's Special Health Assistance Provision (SHAP) at 80%. The maximum annual family Medicare Part B premium reimbursement is $900 ($675 for part-time) which includes the amount reimbursed in your pension plus any balance claimed under SHAP.

The Medicare Part B premium reimbursement is not taxable income.

If you or your eligible dependents are receiving Medicare Part B premium assistance from another source, IBM will deduct the amount you are receiving from what IBM would pay if you were not receiving other reimbursement.

*Medicare Part B Premium Assistance for Pre-1997 Retirees*

For employees who retired prior to 1997 (and eligible dependents), and for participants who are Medicare-eligible due to disability, IBM provides financial assistance toward the standard monthly premiums for Medicare Part B premiums, if the participant is enrolled in Medicare and if Medicare's coverage is primary over Plan coverage for that participant.

47

**Special Health Assistance Provision (SHAP)**

This provision is available to pre-1997 Medicare-eligible retirees and participants under age 65 who are enrolled in Medicare due to disability. IBM reimburses 80% of the standard Medicare B premiums up to the annual maximum benefit of $900 per family. If you retired as a regular part-time employee, your maximum annual reimbursement is $675. There is no annual deductible and benefits are not subject to a life-time maximum. Medicare Part B reimbursements through SHAP are available on a quarterly basis only and you must submit your claims after the quarter is completed. If Medicare charges you an excess premium for late Medicare enrollment, the excess premium is not reimbursable, nor is the income related premium. Retirees and their eligible dependents do not have to be enrolled in the Plan for SHAP eligibility.

Individuals who retire after December 31, 1996 (and their eligible family members) and qualify for Medicare on the basis of age are not eligible for SHAP. However, IBM will provide financial assistance of up to $900 per family toward the cost of Medicare Part B premiums through SHAP when an employee or retiree under age 65, or an eligible dependent of an employee or retiree under age 65, is covered under Medicare on the basis of disability and Medicare is primary over the Plan. Eligibility ends at age 65.

*Note: Employees receiving benefits under the IBM Medical Disability Income Plan or IBM Long-Term Disability Plan with a disability effective date prior to December 31, 1996 will continue SHAP eligibility when their status changes to IBM retiree.*

The administrator for SHAP is Acclaris. (See the Contacts section for contact information.)

SHAP claims must be submitted no more frequently than quarterly and after the quarter is completed. Claims must be received by the contract administrator no later than December 31st of the year following the year in which the Medicare Part B premium expense was incurred.

The SHAP reimbursement is not taxable income.

**Medicare "Carve Out" (for Medicare-eligible Dependents of a Non-Medicare-eligible Retiree)**

Ef        ly 1, 1995, if an eligible patient fails to enroll in Medicare Part A or Part B and if, under Plan rules or applicable law, Medicare Part A or Part B would have been primary to the Plan, the Plan will pay benefits based on a "carve out" methodology for any treatment, service, supply or equipment that is covered by Medicare and rendered, performed or supplied in the United States by a provider located in the United States.

In effect, the otherwise applicable Plan benefit amount will be reduced by an amount that the Plan assumes Medicare Part A or Part B would have paid had the patient enrolled in Medicare Part A or Part B. The assumed amount will be calculated by subtracting the appropriate Medicare deductible(s) and co-payment amounts (as published in the relevant edition of the United States Department of Health and Human Services' Medicare Handbook) from either the provider's actual charge or, if less, the usual and prevailing rate (determined by the Plan) for the treatment, service, supply or equipment.

The Medicare "carve out" does not apply to individuals who are enrolled in Medicare Part B but choose to "opt out" of Medicare coverage by entering into private contract arrangements with one or more providers. In these cases, no benefits will be payable by the Plan for services rendered by providers with whom such "private contracts" have been made.

Services provided by a provider who is not enrolled in the Medicare program are not eligible for reimbursement under the Plan.

To protect your coverage under the Plan, information given to you by the Social Security Administration, or other employers, concerning Medicare enrollment as it applies to your IBM coverage (particularly if this information conflicts with IBM's information) should be verified with IBM.

**IBM Notice of Creditable Coverage**

All of the medical options that do and do not provide creditable coverage are listed individually in the *IBM Notice of Creditable Coverage*. You should consult that document to determine the status of your specific plan option under the Plan. To obtain the *IBM Notice of Creditable Coverage*, call the ESC or go online to NetBenefits.

The plan options under the Plan that provide creditable coverage are reviewed annually and are listed in the *IBM Notice of Creditable Coverage*, which is mailed to you annually and can also be found on NetBenefits in the Health and Insurance Reference Library. You can also request a copy by calling the Employee Services Center.

## IF YOU RECEIVE AN OVERPAYMENT OF BENEFITS

It is your responsibility to reimburse the Plan if you and/or your covered family members receive a Plan benefit to which you (or they) are not entitled — for example, because of an administrative error, or processing error, Workers' Compensation payments, payment from another benefit plan, Medicare or other source primary over the Plan coverage (e.g., automobile insurance or proceeds from litigation). If such an overpayment occurs for any reason, you are obligated to reimburse the Plan for the amount of the overpayment.

Failure to reimburse the Plan may result in any or all of the following actions: Collection measures by the Plan and/or a debt collector, application of all or any portion of an overpayment toward satisfaction of other claims for benefits, loss of eligibility under the Plan, termination of IBM employment, civil litigation and criminal prosecution. These actions are not the exclusive remedies available to IBM or the Plan Administrator for recovering overpayments. See "Recovery Provisions" below for more information.

## RECOVERY PROVISIONS

If           ll charges incurred on or after July 24, 1990, benefits under the Plan are coordinated not only with other group and benefit plans and individual insurance coverage, but also with other sources of payment. "Other sources of payment" include, but are not limited to, automobile insurance, awards, judgments or settlements in connection with tort claims, malpractice claims, product liability claims or contract claims, regardless of whether any portion of the award, judgment or settlement is specifically allocated or attributed to health or medical care expenses. Plan coverage is secondary, to the fullest legally-permissible extent, to such other sources of payment. If you or your covered dependent (*herein, in either case, a "Covered Person"*) have a claim for benefits under an auto insurance policy or health insurance policy, the *Covered Person* should submit a claim under that policy before submitting a claim under the Plan.

If payment(s) from the other source(s) plus payment(s) by the Plan exceed 100% of the medical expense incurred, the excess is an overpayment of Plan benefits and is subject to the provisions of this section. The *Covered Person* or the legal representatives, estate or heirs of the *Covered Person*, shall promptly reimburse to the Plan from any settlement, verdict or insurance proceeds received by the *Covered Person* (or by their legal representatives, estate or heirs), the amount of such overpayment.

In order to secure the rights of the Plan under this section, the *Covered Person* hereby: (1) grants to the Plan a first priority equity lien against the proceeds of any such settlement, verdict or other amounts received by the *Covered Person*; (2) assigns to the Plan any benefits the *Covered Person* may have under any automobile policy or other coverage, to the extent of the Plan's claim for reimbursement; and (3) holds any payment received from a third party arising from an illness, injury, or condition, whether recovered through a settlement, judgment, or otherwise, in a constructive trust for the benefit of the Plan, until the Plan releases its rights to the funds. The *Covered Person* (or his or her legal representatives, heirs or estate) shall sign and deliver, at the request of the Plan or its agents, any documents needed to protect such lien or to effect such assignment of benefits.

The Plan is entitled to full reimbursement of its overpayment on a first-dollar basis from any third party payments (before subtraction of attorneys' fees and other expenses), even if payment to the Plan results in a recovery to the Covered Person that is insufficient to make him whole (*i.e.*, the "make whole" and "common fund" doctrines do not apply). In addition, the Plan is entitled to full recovery regardless of whether any liability for payment is admitted by the third party and regardless of whether the settlement or judgment received by the Covered Person identifies the medical benefits the Plan provided or purports to allocate any portion of such settlement or judgment to payment of expenses other than medical expenses. The Plan is entitled to recover from any and all settlements or judgments, even those designated as pain and suffering, non-economic damages and/or general damages only.

The *Covered Person* shall cooperate with the Plan and its agents, and shall sign and deliver such documents as the Plan or its agents reasonably request to protect the Plan's right of reimbursement, provide any relevant information and take such actions as the Plan or its agents reasonably request to assist the Plan in making a full recovery of the amount of the overpayment described previously. The *Covered Person* shall not take any action that prejudices the Plan's right of reimbursement. The Plan shall be responsible for only those legal fees and expenses to which it agrees in writing. If the Plan must institute legal action against the Covered Person to recover the overpayment, the Covered Person will be liable for all costs of collection, including reasonable attorney's fees.

When another party is, or may be considered, liable for a *Covered Person's* injury, sickness or other condition (including insurance carriers who are so liable) for which the Plan has made an overpayment as described above, the Plan is subrogated to all of the rights of the *Covered Person* against any party liable for the *Covered Person's* injury or illness or for the payment for the medical treatment of such injury or occupational illness (including any insurance carrier), to the extent of the overpayment. The Plan may assert this right independently of the *Covered Person.*

The *Covered Person* is obligated to cooperate with the Plan and its agents in order to protect the Plan's subrogation rights. Cooperation means providing the Plan or its agents with any relevant information requested by them, signing and delivering such documents as the Plan or its agents reasonably request to secure the Plan's subrogation claim and obtaining the consent of the Plan or its agents before releasing any party from liability for payment of medical expenses.

*If the Covered Person enters into litigation or settlement negotiations regarding the obligations of other parties, the Covered Person must not prejudice, in any way, the subrogation rights of the Plan under this section.*

## WHEN COVERAGE ENDS

Coverage generally terminates when you or a covered family member cease to satisfy the eligibility criteria for the Plan. Coverage ends on the last day of the month in which either of you request that your coverage be canceled or an individual loses eligibility for coverage — for example, you divorce, or your child reaches age 19 or age 23, as applicable, marries, commences full-time employment or otherwise ceases to meet the criteria for eligible dependent status.

Expenses incurred after the time coverage ceases are not eligible for benefits. There are alternatives available to you, your spouse/domestic partner or your eligible family members for continuing coverage after eligibility ends under the Plan, under the Transitional Medical Program (TMP), as described in the following section.

## TRANSITIONAL MEDICAL PROGRAM (TMP)

To continue coverage under the Plan, you have the option to purchase continuation coverage for a limited time (generally up to 18 months or up to 36 months depending on the event that caused termination of benefits) at group rates through the Transitional Medical Program (TMP). TMP satisfies the requirements of federal legislation entitled the *Consolidated Omnibus Budget Reconciliation Act of 1985, or COBRA*, and follows the mandates established by this law. COBRA continuation coverage is a temporary continuation of health care coverage when coverage would end because of a life event, known as a "qualifying event."

### Qualified Beneficiaries

COBRA continuation coverage must be offered to each "qualified beneficiary." A qualified beneficiary is any individual who, on the day prior to the qualifying event, is covered under the Plan because he or she is a covered retiree or dependent of a covered retiree. You, your spouse, and your dependent children could become qualified beneficiaries if coverage under the Plan is lost because of a qualifying event. Each qualified beneficiary has an independent right to elect COBRA continuation coverage. Qualified beneficiaries also include any children born to you or placed for adoption with you during the COBRA continuation coverage period.

You may be able to purchase TMP if:

- Your employment terminates (including retirement) other than for gross misconduct.
- You experience a substantial elimination of coverage under the Plan within 12 months before or after the date that IBM commences a bankruptcy proceeding under Title 11 of the United States Code. You must have retired on or before the date of the substantial elimination of coverage under the Plan.
- Your dependents are qualified to purchase TMP if they lose coverage under Plan for any of the following reasons:

  - You and your spouse divorce.
  - Your child loses eligible dependent child status (e.g., due to age, marriage or full-time employment).
  - Your dependents experience a substantial elimination of coverage under the IBM group administrator of your plan option(s) within 12 months before or after the date that IBM commences a bankruptcy proceeding under Title 11 of the United States Code. Your dependents must have been enrolled under the Plan on the day before the bankruptcy qualifying event.
  - Your death.
  - You enroll in Medicare.

Once you become a Medicare-eligible retiree, you will have the option of dropping COBRA continuation coverage and enrolling in individual medical, prescription drug, dental and/or vision plans through Extend Health. You can also choose to continue COBRA coverage until it ends.

*Domestic Partners*

Although not legally required to do so, IBM has decided to make continuation coverage available for purchase by a former domestic partner. The same rules (for example, the rules regarding notification of qualifying events and election of continuation coverage) apply as for a spouse.

If you are covered by the San Francisco Equal Benefits Ordinance, see section titled San Francisco, CA, Equal Benefits Ordinance (EBO) for more information on continuation coverage.

### When Continuation Coverage Is Available

The Plan offers continuation coverage to qualified beneficiaries through TMP *only after* the COBRA administrator has been notified that a qualifying event has occurred.

### Notification of Qualifying Events

When the qualifying event is the employer's commencement of a Title 11 bankruptcy proceeding, the employer must notify the COBRA administrator of the qualifying event.

The retiree, qualified beneficiary or representative must notify the COBRA administrator by calling a service representative at the ESC when the qualifying event is:

- Divorce of the covered employee and his or her spouse.
- Dependent child losing eligible dependent child status.

*Timing of Notification of a Qualifying Event*

With respect to divorce and a child losing eligible dependent child status, the covered employee (retiree), qualified beneficiary or representative must notify the COBRA administrator within 60 days from the later of:

- The date of the qualifying event or
- The date that the qualified beneficiary loses (or would lose) coverage as a result of the qualifying event.

If notification of the qualifying event is not provided within the time period set out above, the individual affected will lose his or her right to COBRA continuation coverage. The individual affected will not be able to enroll in TMP and will be responsible for all health care expenses incurred after medical coverage ends.

### How to Elect COBRA Continuation Coverage

The time for enrolling in COBRA continuation coverage expires 60 days after the date of the official TMP notification from the ESC or 60 days after the individual's IBM coverage ceases, whichever is later.

To enroll in COBRA continuation coverage, log in to NetBenefits or call the ESC. The election can be changed or revoked until the election period expires.

If COBRA continuation coverage is not elected within the time period set out above, the individual affected will lose his or her right to COBRA continuation coverage. The individual affected will not be able to enroll in TMP and will be responsible for all health care expenses incurred after medical coverage ends.

No physical examination or other evidence of insurability is required to enroll in TMP.

**How TMP Continuation Coverage Is Offered**

After the COBRA administrator receives notice that a qualifying event has occurred, TMP continuation coverage is offered to each qualified beneficiary. The COBRA administrator provides a COBRA enrollment notice by mail within 14 days after receiving notice of the qualifying event and each qualified beneficiary has an independent right to elect TMP continuation coverage.

Covered retirees may elect TMP continuation coverage on behalf of their spouses, and parents or legal guardians may elect TMP continuation coverage on behalf of their children. In addition, the legal representative of an incapacitated participant may elect TMP coverage on behalf of the incapacitated person. Any such election or rejection of coverage by a retiree, parent, legal guardian, or legal representative is binding on the person on whose behalf the election is made. It is critical that you (or anyone who may become a qualified beneficiary) maintain a current address with the COBRA administrator to ensure that you receive a COBRA enrollment notice following a qualifying event and to protect your family's rights.

**Duration of TMP Continuation Coverage**

TMP continuation coverage is a temporary continuation of coverage. It lasts for up to a total of 36 months when the qualifying event is:

- The divorce of the covered retiree and his or her spouse.
- A dependent child losing eligible dependent child status.

**COBRA Qualifying Events**

| Qualifying Event | Maximum Continuation Period | | |
|---|---|---|---|
| | You | Your Spouse | Your Covered Children |
| You terminate employment for any reason, including retirement (except gross misconduct) | 18 months | 18 months | 18 months |
| Your covered child loses eligible dependent child status | N/A | N/A | 36 months |
| You and your spouse divorce | N/A | 36 months | 36 months |
| Your death | N/A | 36 months | 36 months |
| You enroll in Medicare and your spouse/dependents lose coverage under the IBM group health plan | N/A | 36 months | 36 months |

Special COBRA continuation coverage periods apply to retired employees and their dependents if the plan sponsor declares bankruptcy under Title 11 of the United States Code, and the retired employees and their dependents lose substantial coverage within one year before or after the date that the bankruptcy proceedings commenced. Retired covered employees may continue their coverage until their death. For a spouse, surviving spouse or dependent child of the retired employee, coverage will end at the earlier of the qualified beneficiary's death or 36 months past the date of the death of the retired covered employee.

**What COBRA Coverage Costs**

COBRA participants who elect TMP coverage must pay monthly premiums for this coverage. The cost of COBRA continuation coverage is 102% of the applicable premium for the plan(s) for the current plan year. Premiums are based on the full premium cost per covered person set at the beginning of the year, plus 2% for administrative costs.

Payment is due at enrollment, but there is a 45-day grace period from the date you elect COBRA continuation coverage to make the initial payment. The initial payment includes:

- Payments for coverage from the date of your loss of coverage through to the date you elect COBRA coverage and
- Any regularly scheduled monthly payment(s) that become(s) due between the date that you elected COBRA coverage and the end of the 45-day period.

Ongoing monthly payments are due on the first of each month, but there is a 30-day grace period (for example, June payment is due June 1st, but will be accepted if postmarked by June 30th). If payment is not received within this grace period, coverage will be terminated as of the end of the last month in which full payment was received. Please note payment must be submitted even if an invoice is not received.

The Trade Act of 2002 created a new tax credit for certain individuals who become eligible for trade adjustment assistance and for certain retired employees who are receiving pension payments from the Pension Benefit Guaranty Corporation (PBGC) (eligible individuals). Under the new tax provisions, eligible individuals can either take a tax credit or get advance payment of 65% of premiums paid for qualified health insurance, including continuation coverage. If you have questions about these new tax provisions, you may call the Health Coverage Tax Credit Customer Contact Center toll free at 866-628-4282. TTD/TTY callers may call toll free at 866-626-4282. More information about the Trade Act is also available at www.doleta.gov/tradeact/2002act_index.asp.

**Additional Information**

If your dependent elects COBRA continuation coverage:

- Your dependent's coverage is effective as of the date of the qualifying event, unless your dependent waives COBRA coverage and revokes the waiver within the 60-day election period. In this case, the elected coverage begins on the date your dependent revokes his or her waiver.
- Your dependent may change his or her coverage if your dependent has a qualified change in status or another change in circumstance recognized by the Internal Revenue Service (IRS) and the Plan.

**When COBRA Coverage Ends**

COBRA continuation coverage will end on the earliest of the following dates:

- The date the applicable period of COBRA continuation coverage is exhausted.
- The date that you, your spouse or any of your covered dependents (including any domestic partner or children of a domestic partner) become covered under another health benefits plan not offered by IBM, provided the plan does not have a legally valid pre-existing condition exclusion or limitation affecting the qualified beneficiary. If it does, COBRA coverage for that pre-existing condition continues as long as you pay the premium.
- The date that you or your covered dependent fails to make timely premium payments or contributions as required.
- The date IBM stops providing group health coverage to any employee.

Continuation coverage also may be terminated for any reason that the Plan would terminate coverage of a participant or beneficiary not receiving continuation coverage (such as fraud).

To voluntarily terminate COBRA coverage, you must call the ESC. The effective date will be the first of the month following the call.

**If You Have Questions**

If you have questions about COBRA, please call the ESC.

You may also write to:

> IBM Employee Services Center
> COBRA/TMP Administration
> P.O. Box 77003
> Cincinnati, OH 45277-0065

For more information about your rights under the Employee Retirement Income Security Act of 1974 (ERISA), including COBRA, the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and other laws affecting group coverage, contact the nearest Regional or District Office of the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) in your area or visit the EBSA web site at www.dol.gov/ebsa. Addresses and telephone numbers of Regional and District EBSA Offices are available through EBSA's web site.

## SURVIVOR BENEFITS

Normally, when an eligible employee or retiree dies, eligibility for coverage for the surviving spouse or eligible surviving domestic partner, and the decedent's eligible children, can continue under the Transitional Medical Program (TMP). For one year from the date of death, contributions will continue at the same rate the retiree (as applicable) was paying at the time of his or her death and the remaining portion of the cost for the plan option under the Plan will be subsidized. Continuation of benefits is available at full TMP rates thereafter for the remainder of the TMP period.

In lieu of TMP coverage (or at the expiration of the TMP period, if TMP coverage is elected), eligible surviving family members will be eligible for coverage (at the rates determined annually under the Plan) if, the retiree:

- Was eligible for subsidized coverage under the Plan.

In such cases, eligibility continues for:

- The surviving eligible spouse/domestic partner/civil union partner, as determined by the terms of the Plan in effect at the time of death, and as may be modified thereafter.
- The decedent's eligible children for as long as they would have been eligible if the employee had not died, as determined by the terms of the Plan in effect at the time of death, and as may be modified thereafter.

If the retiree did not meet the above criteria but did meet certain other age and service requirements for post-employment "Access" coverage or was eligible to withdraw funds from their FHA accounts, the employee's surviving spouse/domestic partner and eligible children may be eligible for continued access to IBM coverage and/or to access the employee's Future Health Account for assistance in paying premiums under the Plan as described in the *About Your Benefits: Future Health Account (FHA) Summary Plan Description.*

*Note: Different survivor benefits may be available if you qualify for a Health Reimbursement Arrangement (HRA) under the Plan and enroll in individual medical or prescription drug coverage through OneExchange. Refer to the HRA section of this Summary Plan Description (SPD) for more information.*